UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Bristout Bourguignon | PRISONER NO. 3:03CV232 (RNC) |
| Vs. | |
| John J. Armstrong | October 23, 2003 |

## MOTION FOR A PRELIMINARY INJUNCTION RELIEF

The Plaintiff in the above-captioned matter, Bristout Bourguignon hereby Request the Court to have the defendants to Return the Plaintiff' Legal's work and his Personal Properties

The Reasons for said motion are more particularly set forth in the attached Declaration in support of Plaintiff motion for a Preliminary injunction Relief Plaintiff Requesting the Court to order the defendant to Return the Plaintiff's Legal work and his Properties.

THE Plaintiff
*Bristout Bourguignon*
Bristout Bourguignon
Pro-Se