UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON                    PRISONER
Vs.                                     3:03CV232 (RNC)
STATE OF CONNECTICUT
DEPARTMENT OF CORRECTIONS,    OCTOBER 7, 2003

## DECLARATION IN SUPPORT OF PLAINTIFF MOTION FOR A PRELIMINARY INJUNCTION RELIEF PLAINTIFF REQUESTING THE COURT TO ORDER THE DEFENDANTS TO RETURN THE PLAINTIFF IS LEGAL WORK AND HIS PROPERTY.

BRISTOUT BOURGUIGNON declares under penalty of perJury that the responses which I have made below are true.

1. I am the Plaintiff In the Case. I make this declara-tion In support of my motion For a Preliminary injunction Relief Plaintiff Requesting the Court to order the de-fendants to return the Plaintiff's Legal work and his property.

2. As set forth in this declaration in support of Plain-tiff's motion FOR A PRELIMINARY injunction Relief on July 31, 2003 J-1-Unit Counselor HuTCH at Macdougall C.I. Call me In his office and told that to Report to the A.P. Room.

3. When I got to the A.P. Room. I Asked the A.P.

Room officer what's going on. He told me that I was been transferring to another Jail.

4. I asked the officer and I told him that I need to go back to the unit to pack my property. His Response was I can't go back and he told me that he had a van waiting for me and Ready to transfer me to another Jail.

5. Counselor Hutch and the unit Manager Captain Cleaver at Macdougall C.I. Knew all along that I was been tranfer to another facility, but they had lied to me by calling me in the office and told me that to Report to the A.P. Room with out an explaination.

6. I told the Mcdougall property officer that all my property is in my cell included my legal work (Please see my inmate property inventory at Mcdougall Dated 1-10-03 and April 25, 2003 as Exhibit A). I have Lots of things in my property included, walkman, Radio, Big head phone, small head phone, Legal Books, Legal Papers, sneakers, Boots, shower shoes, Adapter, 10 cassettes, television, address book, extension cord, commissary food, comestic, Kuffis etc—

7. I told the Macdougall property officer that I need to get my stuff. He told me that its impossible

FOR me to go back in the unit to get my PROPERTY. I did not want to disobey his ORDER and I complied.

8. THE PROPERTY OFFICER at Mcdougall C.I on July 31, 2003. HE told me that don't worry about my PROPERTY and my legal WORK and that he will send them to where ever they transfer me. I saw him call the J-1 unit Block and he talked to the unit manager and counselor Hutch and the block OFFICER TO pack my PROPERTY.

9. I Got transfer to GARNER Correctional Institution on 9-31-03 (Please See the transfer list on 8-01-03 TO GARNER as exhibit B)

10. THE PROPERTY OFFICER at GARNER only provided me with 2 cassettes, eye glasses, photo album, 2 KUFFis an address Book. (Please see inmate PROPERTY INVENTORY forms and Receipt, attachment as exhibit C) When I asked the PROPERTY OFFICER at GARNER, when can I get my PROPERTY and my Legal WORK. He told me within 4 days.

11. On 8-11-03, 8-19-03, 9-21-03. I asked C.T.O. Rollo at GARNER Institution about my PROPER and legal work. He Notified Mcdougall/Walker on 8-14-03. THey stated that I gave my things away. And the unit manager was Notified at Mcdougall. Unit Manager is Captain cleaver (Please see inmate Request FORMS As exhibit D)

12. ON 9-10-2003 I wrote an inmate grievance form A Level 1 to the grievance Coordinator D. Hebert Concerning my Legal Papers and my property. The grievance was denied. (Please see Inmate grievance form A, Level 1 attach as Exhibit E).

13. I was Referred to file a claim with the state Claim Commissioner. Inmate filed this claim with The claim, the state claims Commissioner on 9-29-03. Please see state claims Commissioner attach with an inmate affidavit as Exhibit F).

14. Plaintiff complain that his legal works contains very important Legal information like Federal Cases, States cases, and appellate cases still pending in Court. Plaintiff had Legal Books, case Laws, documents, and all this important Legal work that should not be misplaced, or destroy.

15. IN Further an inmate section 1983 claim against one Correctional facility doesn't become Moot because he or she is transferred to another facility BOAG V. Mcdougall 454 US 364-365 under 28 f. U.S.c § 1343 (A)(4). The Federal district court has the original Jurisdiction over Plaintiff claims and is Secured by Constitution or Federal status providing for civil right MAHER V. GAGNE 448 US 122,

129.

16. The department of Correction and Connecticut Law make no distinction between negligent and Intentional acts of Prison Officials in the inmate grievance and state claims Procedures. When even a member of the department of Correction has Caused an inmate to Suffer Property Loss or damage, whether intentionally or Negligently, access to the inmate Procedure and the state and Federal courts are available. See. Hudson v. Palmer, 468 U.S. 517, 533 (1984) See Also Schaffer v. Steinert, 40 Conn. Supp. 251, 252-53 (Conn. Super. 1985) ([A] Permanent deprivation of Property is an aspect of detention which the Plaintiff's Sentence May Constitutionally impose on Him) Hudson v. Palmer, 468 US 517, 533 N. 14 (1989)


Wherefore, the Plaintiff Respectfully Request the Court to grant the following Relief:

(A) Have the Defendants Return all Properties that belong to the Plaintiff

(B) Have the Defendants Return the Plaintiff all Legal document, Caselaws, Legal Books, all legal Papers work that belong to the Plaintiff.

(C) Grant such Further Relief as may seem Just and Proper to the Court.

THE PLAINTIFF
Burstnut Bourguignon

# Inmate Property Inventory (Male)
## Connecticut Department of Correction

CN 61001
Rev 2-11-03

| Facility MWCI-W | Unit |
|---|---|
| Inmate name BOURGUIGNON | Inmate no. 265860 |
| Employee completing inventory | Date APR 25 2003  Time:     a.m.     p.m. |

Purpose of inventory  ☐ Admission  ☐ Restrictive Housing  ☑ Transfer  ☐ Discharge  ☐ Other(specify)

### PROPERTY MATRIX/RUNNING INVENTORY

Disposition codes: C= contraband  D= donated  M= mailed  R= retained by inmate  S= stored

| Qty | Item | Description | Disp | Qty | Item | Description | Disp |
|---|---|---|---|---|---|---|---|
| **CLOTHING** | | | | **APPLIANCES** | | | |
| 1 | baseball cap | | | 1 | adapter | | |
| | bathrobe | | | | calculator | | |
| 1 | gym shorts | | | 1 | cassette player | | |
| | pajamas | | | 10 | cassette tapes | | |
| 3 | socks | | R | | electric razor | | |
| 1 | sweatpants | | | 1 | head phones | | |
| 1 | sweatshirt | | | 1 | radio | | |
| | thermals | | | 1 | television | BW 257 2514 | R |
| 3 | t-shirts | | | | | | |
| 2 | underpants | | | | | | |
| **FOOTWEAR** | | | | **MISCELLANEOUS** | | | |
| 1 | boots | | | 1 | address book | Brown | R |
| | shoes | | | | combo lock | | |
| 1 | shower shoes | Brown | R | | extension cord | | |
| 1 | slippers | | | 1 | eyeglasses | Brown | R |
| | sneakers | | | | kuffi | | |
| **JEWELRY** | | | | | lamp | | |
| | clock | | | 1 | photo album | Brown | R |
| 1 | religious article | White Kuffi | C | | prayer rug | | |
| | watch | | | | towel | | |
| | wedding ring | | | | washcloth | | |

I state that (1) no item of jewelry valued at more than $50 or wedding ring/set valued at more than $200 is included in this inventory, and that (2) the inventory is correct.

Inmate Signature: _____  Staff Witness Signature: _____

### ADDITIONS OR DELETIONS

Items received through the mail, a visit, or issued after arrival shall be entered in this section.

| Date | Amount | Item | Description | Disp. | Inmate Initials | Staff Initials |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | EXHIBIT A | | | |
| | | | | | | |

Exhibit
A

Distribution:  Copy to Inmate and Property File

# Inmate Property Inventory Form, Attachment B
## Connecticut Department of Correction

Page 2

Unit: MWCI

Inmate name: BOURGOIGNON

Inmate number: 265860

Purpose of inventory: ☒ admission ☐ restrictive housing ☐ transfer ☐ discharge ☐ other (specify) COU

Time: ☐ a.m. ☐ p.m.

Date: 11/6/03

Disposition codes: C=contraband  D=donated  M=mailed  R=retained by inmate  S=stored

## PROPERTY MATRIX/RUNNING INVENTORY

| amount | clothing item | description | disposition | amount | appliance items | description | disposition |
|---|---|---|---|---|---|---|---|
| 1 | baseball cap | | | | calculator | | |
| | bathrobe | | | | cassette player | | |
| | belt | | | 10 | cassette tapes | | |
| | blouse | | | | electric razor | | |
| | bra | | | | hair dryer | | |
| | coat | | | 1 | head phones | | |
| | dress | | | 1 | lamp | | |
| | gloves | | | 1 | radio | | |
| 1 | gym shorts | | | 1 | television MYBW 20722574 | | S |
| | jeans | | | | video cartridges | | |
| | nightgown | | | | video game | | |
| | pajamas | | | | | | |
| | pants | | | | | | |
| | rainwear | | | amount | miscellaneous items | description | disposition |
| | shirt | | | 1 | address book | | R |
| | skirt | | | 1 | combo lock | BLW | |
| | slip | | | | extension cord | | |
| 2 | socks | WHT | R | 1 | eyeglasses | | |
| | sweater | | | 1 | photo album | BLW | R |
| | sweatpants | | | | prayer rug | | |
| 1 | sweatshirt | WHT | | | towel | | |
| | swimsuit | | | | washcloth | | |
| | underwear | WHT | R | | | | |
| | -shirt | WHT | R | | | | |

'is received through the mail or a visit, or issued after arrival, enter it and indicate the date received in the disposition column.

Exhibit A

```
MOVEMENTS         NUMBER:    265860      NAME:   BOURGUIGNON,BRISTOUT JEAN PAGE   1
FILE:  MCDGL/WLKR CI                     MED FILE:
                                              DATE    SEQ    LOCATION         JUR STA
TRANSFER AMONG DOC LOCATIONS             8/01/2003 1   136 GARNER CI          136  G
TRANSFER AMONG DOC LOCATIONS             4/25/2003 1   137 MCDGL/WLKR CI      137  G
TRANSFER AMONG DOC LOCATIONS             1/10/2003 1   114 MCDGL/WLKR CI      114  G
TRANSFER AMONG DOC LOCATIONS            12/09/2002 1   140 CORR/RAD CC        140  G
TRANSFER AMONG DOC LOCATIONS             8/15/2002 1   125 CHESHIRE CC        125  G
TRANSFER AMONG DOC LOCATIONS             1/29/2002 1   114 MCDGL/WLKR CI      114  G
TRANSFER AMONG DOC LOCATIONS            10/22/2001 1   137 MCDGL/WLKR CI      137  G
TRANSFER AMONG DOC LOCATIONS             9/25/2001 1   114 MCDGL/WLKR CI      114  G
START SERVING SENTENCE (1+)              9/21/2001 1   123 BRIDGEPORT CC      123  G
READMISSION, CONTINUED                   7/03/2000 1   123 BRIDGEPORT CC      123  U
UNSENTENCED DISCHARGE ON BOND            2/23/2000 1   940 DCHG TO BOND       940  U
READMISSION, CONTINUED                   2/15/2000 1   140 CORR/RAD CC        140  U
UNSENTENCED DISCHARGE ON BOND          11/24/1999 1   940 DCHG TO BOND       940  U
READMISSION, CONTINUED                 10/27/1999 1   123 BRIDGEPORT CC      123  U
UNSENTENCED DISCHARGE ON BOND            6/19/1998 2   940 DCHG TO BOND       940  U
NEW ENTRY,ACCUSED-CONTINUED              6/19/1998 1   123 BRIDGEPORT CC      123  U


CRQE  8/04/2003    CT DEPT OF CORRECTION - ALL MOVEMENTS-RT60              END

TRANSACTION: RT60    NUMBER:  00265860
```

EXHIBIT B

Date: 8/4/03 Time: 11:21:20 AM


(Exhibit B)



# Inmate Property Status Form and Receipt, Attachment C

Rev.1-3-00

## Connecticut Department of Correction

Unit _Garner_

Inmate Name _Bouiguignon_

Inmate Number _265860_    Date _8/1/03_   Time   ☐ a.m.   ☐ p.m.

☐ Discarded   ☐ Mailed   ☐ Stored   ☐ Bulk   ☐ Excess
☐ Donated   ☐ Returned to inmate   ☐ Visit pickup   ☐ Contraband   ☐ Unauthorized

Person to whom the property is to be mailed:

Name: _____

Address: _____

City: _____

State: _____ Zip Code: _____

Failure to select a disposal option shall mean a forfeiture of any claim to the property after 30 days from notification.

Final disposition of confiscated contraband property is at the discretion of the unit administrator.

| Item | quantity | Description |
|------|----------|-------------|
| KUFFI | 2 | COLORED |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Inmate Signature· _Bouiguignon_   Date _8/1/03_

Staff/Witness Signature _[signature]_   Date _8/1/03_

Note: Any item that increases or decreases inmate property and directly affects the running inventory must be reflected on the Inmate Property Inventory Form.

Distribution:Copy to Inmate   EXHIBIT C

Exhibit C

# Inmate Property Inventory Form, Attachment B
## Connecticut Department of Correction

Rev. 1-14-00
Page 1

| | |
|---|---|
| Unit | Calmen |
| Inmate name | Bourguigman |
| Employee completing inventory | CURRY |
| Inmate number | 265860 |

Purpose of inventory: ☐ admission ☒ ... Disposition codes: C=contraband D=donated M=mailed R=retained by inmate S=stored

Date: 8/1/05   Time: ☐ a.m. ☒ p.m.   ☐ restrictive housing   ☐ transfer   ☐ discharge   ☐ other (specify) _____

**PROPERTY MATRIX/RUNNING INVENTORY**

Exhibit C

| amount | clothing item | description | disposition | amount | appliance items | description | disposition | amount | miscellaneous items | description | disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | baseball cap | | | | calculator | | | | address book | | |
| | bathrobe | | | | cassette player | | | | combo lock | | P |
| | belt | | | 2 | cassette tapes | | P | | extension cord | | |
| | blouse | | | | electric razor | | | | eyeglasses | PERSONAL | P |
| | bra | | | | hair dryer | | | 1 | photo album | | R |
| | coat | | | | head phones | | | | prayer rug | | |
| | dress | | | | lamp | | | | towel | | |
| | gloves | | | | radio | | | | washcloth | | |
| | gym shorts | | | | television | | | | | | |
| | jeans | | | | video cartridges | | | | | | |
| | nightgown | | | | video game | | | | | | |
| | pajamas | | | | | | | | | | |
| | pants | | | | | | | | | | |
| | rainwear | | | | | | | | | | |
| | shirt | | | | | | | | | | |
| | skirt | | | | | | | | | | |
| | slip | | | | | | | | | | |
| 1 | socks | PERSONAL + STATE ISSUED | R | | | | | | | | |
| | sweater | | | | | | | | | | |
| 4 | sweatpants | | R | | | | | | | | |
| 1 | sweatshirt | | P | | | | | | | | |
| | swimsuit | | P | | | | | | | | |
| 2 | underwear | STATE ISSUED | R | | | | | | | | |
| 2 | T-shirt | STATE ISSUED | R | | | | | | | | |

If an item is received through the mail or a visit, or issued after arrival, enter it and indicate the date received in the disposition column.

# Inmate Property Inventory Form, Attachment B
## Connecticut Department of Correction

Rev. 1-14-00
Page 2

Inmate name: Bourguignon

Inmate no. 265866    Date 8/1/03

### PROPERTY MATRIX/RUNNING INVENTORY

| amount | footwear item | description | disposition | amount | jewelry (personal) item | description | disposition |
|---|---|---|---|---|---|---|---|
| | boots | | | | earring | | |
| | shoes | | | | clock | | |
| | shower thongs | | | 4 | religious artifact | | |
| | slippers | | | | watch | | |
| 1 | sneakers | Reebok white | R | | wedding ring/set | | |

Inmate signature [signature]    Staff witness signature [signature]

I state that (1) no item of jewelry valued at more than $50 or wedding ring/set valued at more than $200 is included in this inventory, and that (2) the inventory is correct.

### PROPERTY MATRIX/RUNNING INVENTORY ADDITIONS OR DELETIONS

| amount | item | description | staff initial | inmate initial | disposition |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

If an item is received through the mail or a visit, or issued after arrival, enter it and indicate the date received in the disposition column.

Distribution: copy to inmate

Exhibit C

Exhibit D

Case 3:03-cv-00232-DFM    Document 10-2    Filed 10/29/2003    Page 12 of 22


2282

# Inmate Request Form
## Connecticut Department of Correction

CN 9602.
Rev. 1/8/02

**Inmate Name** Bristout Bourguignon

**Inmate no.** 265860

**Facility** GARNer

**Housing unit** H - 114

**Date** 8-11-03

**Request** Dear Counselor Rollo

I need to make a legal Call Please and I need to get my T.V. and my walkman from my Property Please. I need a Copy from my Visiting list

Thank you

Bristout Bourguignon

(continue on back if necessary)

**Previous Action Taken**

P.S. I Need a Copy of my Matrix Please

(continue on back if necessary)

**Submitted to**

**Date**

**Acted on by**

**Action Taken and/or Response**

notified McDougall/Walker on 8/14/03. They stated that you gave your things away. And your Unit Manager was notified at McDougall. Your Unit Manager is Capt. Cleaver.

(continue on back if necessary)

**Response to Inmate Date** 8/14/03

**Staff Member Signature** CTO Rollo

EXHIBIT D

Rollo. can you please call MCI for me?

# Inmate Request Form
## Connecticut Department of Correction

CN 9602.
Rev. 1/8/02

| Inmate Name Bristout Bourguignon | Inmate no. 265860 |
|---|---|

| Facility Garner | Housing unit H 114 | Date 8/19/02 |
|---|---|---|

Request  Madame Mallora    Unit Manager

I need to know what happen to my property at Mcdougall I came in here on 7/2/03. I'm still waiting to get my property please can you find out for me

*(continue on back if necessary)*

Previous Action Taken  Please

Thank you

Bristout Bourguignon

*(continue on back if necessary)*

| Submitted to | Date |
|---|---|

Acted on by

Action Taken and/or Response  Mcdougall stated you don't have no property. That you gave your stuff away.

*(continue on back if necessary)*

Response to Inmate Date 9/3/03

Staff Member Signature  CTD Toll

# Inmate Request Form
## Connecticut Department of Correction

CN 9602.
Rev. 1/8/02

**Inmate Name**
BRISTOUT BOURguignon

**Inmate no.**
265860

**Facility** GARNER

**Housing unit** HOTEL 114

**Date** 9-21-03

**Request** C.T.O. Rollo

I need you to get my PROPERTY MaTRix and ELECTRONIC MaTRix at Mcdougall Ellis. I Left there on 7/31/03. A.S.A.P.

Thank You
BRISTOUT BOURguignon

*(continue on back if necessary)*

**Previous Action Taken**

*(continue on back if necessary)*

**Submitted to** | **Date**

**Acted on by**

**Action Taken and/or Response**

These are the two Property inventory forms they have from Mcdougall.

*(continue on back if necessary)*

**Response to Inmate Date** 9/22/03

**Staff Member Signature** CTO Rollo



## Inmate Grievance Form A, Level 1
### Connecticut Department of Correction

CN 9601/1
Rev. 10/07/02

| Inmate Name BRISTOUT Bourguignon | Inmate no. 265 860 |
|---|---|

| Facility Garner C.I. | Housing unit H-114 | Date 9-10-2003 |
|---|---|---|

☑ Line grievance    ☐ Line emergency    ☐ Health grievance    ☐ Health emergency

1. **Informal resolution.** Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

Please See request on 8-11-03 and 8-19-03

2. **Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8 ½ by 11 inch sheet of paper and attach it to this form.)

Please See inmate Grievance Form A, Level 1 sheet attach.

3. **Action requested.** Describe what action you want taken to remedy the grievance. It's been one month and 9 days. I want my properties back. I need my proper as soon as possible.

Inmate signature Bristout Bourguignon

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

**FOR OFFICIAL USE ONLY – LEVEL 1 REVIEW**

RECEIVED
SEP 2003

| IGP no. | T no. | |
|---|---|---|
| Date received 166-04-016 | Disposition Denied | Date of disposition 9/22/03 |
| GRIEVANCE COORDINATOR  Grievance issue PROPERTY 8 | | |

Reasons

See Attached

Level 1 reviewer

EXHIBIT E

Exhibit E

9-10-2003

## INMate Grievance Form A, Level 1

My name is Bristout Bourguignon on July 31, 2003. J-1 Unit counselor name Hutch at Macdougall C.I. Call me in his office and told me that to reported to the A.P. Room. When I got to the A.P. Room. I Asked the A.P. Room officer what's going on. He told me that I was been transfering to another Jail I asked the officer I told him I need to go back to the unit to pack my Property. His response was I can't go back and he told me that he had a Van that's ready to transfer me to my destination. I told him that all my property is in my cell. I have TV, Radio, walkman, clothes, cassettes Buy stereo head phone, boots and all my cosmetics. I told him that I need my stuff. He told me it's impossible for me to go back. I didn't want to disobey his order so I followed his order. He told me that don't worry about my property. I saw him call the J-1 unit and re told the officer there to pack my stuff and he told me that I was going to send my property to me on wednesday 8-5-03 to where ever I was going to be at. Now, I am here at gorney I have nothing. I talked to the H-1 unit counselor she told me to write Captain cleaver whose a J-1 unit manager. I wrote him I got no answer. I need my properties. I need to know what happen to my Properties. I have been wear a pair socks for 26 days and c.T.O. and the counselor here won't even give me a care package. I need my properties as soon as possible.

Thank you

Bristout Bourguignon
# 265868

Exhibit E

# DENIED                    IGP #: 136-04-016

Administrative / Unit Directive 6.10, Section 7 states: "An inmate's property is retained at the inmate's own risk. Garner C. I. shall not be responsible for any property, personally retained by the inmate which is lost, stolen, damaged, consumed or discarded while in the inmate's possession (E.G. living quarters or on person)." Likewise and even more to the point, the Inmate Handbook that is given to all inmates immediately upon their arrival at Garner C. I. States: "<u>Inmates Risk of Possession</u>. An inmate's property is retained at the inmate's own risk. The Department will not be responsible for any property personally retained by the inmate, which is lost, stolen, damaged, consumed or discarded while in the inmate's cell or on the inmate's person." (Page 13).

When an inmate is taken to a restrictive housing unit or for that matter, when an inmate is outside of his cell for any reason, Garner C. I. protects that inmate's property to the best of its ability. When an inmate is placed in specialized housing pending an investigation or as a disciplinary move, every effort is made to safeguard his property. Until we are able to inventory an inmate's property and secure it, the inmate's property remains under his risk of possession.

Section 36 of Administrative Directive 6.10 states: "If, after exhausting the inmate grievance system without resolution, an inmate contends that the Department of Correction is responsible for the loss of or damage to any inmate property, then the inmate is entitled to file a claim with the State Claims Commissioner. Any claim must be filed within one (1) year of the knowledge of the loss or damage but in no event more than three (3) years since the loss or damage." The Unit Counselor or the Grievance Coordinator may provide the <u>necessary forms and written directions for filing the claim</u>.

*attached*
*9/22/03 SH*

EXhibit E

**ATTACHMENT G**
**PROPERTY CLAIMS FORM**

Claimant Name _BRISTOUT  BOURGUIGNON_    ID# _265860_

Current Address _50 NUNNAWAUK Road_
_NewTOWN, CT. 06470_    Date of Admission _9-29-03_

COMPLETE THE FOLLOWING SECTIONS, PROVIDE SPECIFIC INFORMATION

A.    Where was the property at the time of alleged loss?

    _Macdougall ELLis CORRectional Institution_

. B.    Describe circumstances of alleged loss.  Specify date, time, place and names of parties involved.

    _Please see attachment G pROperty claims FORm sheet of PApER_
    _attached.  AFFidavit_

C.    Why is the Department responsible for the alleged loss?
    _Please see AFFidavit sheet of PApER attached_

D.    Loss was first reported to _Macdougall PROpERty OFFicER_ on _7/31/03_

E.    Items for which reimbursement is requested:

| Item | Description | Date Purchased | Purchase Price | Amount Requested |
|------|-------------|----------------|----------------|------------------|
| 1. | Micheal JORdan AiR | 4-9-00 | $150.00 | $150.00 |
| 2. | TimberLand Boots | 1-20-00 | $130.00 | $130.00 |
| 3. | TELEVISION B 20721514 | 12-19-02 | $130.00 | $130.00 |
| 4. | Cassette PlayeR | 4-9-03 | $43.00 | $43.00 |

Total amount of claim $ 900.49

F.    Do you have any Department of Correction or purchase receipts?
    Yes _✓_   No_____   If so, attach the receipts to this form.

G.    Filing fee of $25.00 or $50.00 is authorized from my account.
    Yes _✓_   No_____

H.    Filing fee waiver is requested because _I am an indigent inmate_

**THE ABOVE INFORMATION IS TRUE**

Signed _Bristout Bourguignon_    Date _10-14-03_

Sworn so and notarized by _Ronald Robert Hebert_   Date _10/14/03_
_Expires 3/31/2004_

Date claim received by Property Officer _____ Claim # _____

6/12/98
Directive 6.10



EXHIBIT F

ATTachment G
PROPERTY Claims FORM

| ITem | Description | Date Purchased | Purchased Price | Amount |
|------|-------------|----------------|-----------------|--------|
| 5. | Shower Shoes | 3-5-03 | $ 3.71 | |
| 6. | Head Phone | 6-5-02 | $ 28.00 | |
| 7. | 10 Casettes tapes | 9-5-02 | $ 120.00 | |
| 8. | ADAPTER | 4-9-03 | $ 8.71 | |
| 9. | ADDRESS BOOK | 8-28-03 | ¢ .51 | |
| 10. | Radio | 2-22-01 | $ .23.00 | |
| 11. | Sweat Pants | 4-16-03 | $ .13.28 | |
| 12. | Cosmetics, | — | $ 150.00 | |
| 13. | Commassiry Foods | — | $ 100.00 | |

BRISTOUT BOURGUIGNON

Claimant

v.

STATE OF CONNECTICUT,
DEPARTMENT OF CORRECTIONS

## APPLICATION

I, BRISTOUT BOURGUIGNON ; the claimant, request a
waiver of the filing fee required in the amount of $ 25.00. Due to my
poverty, I am unable to pay the required fee. I believe I am entitled to
the relief sought in this claim against the State and, without such a
waiver, I will be unable to pursue my claim.

## AFFIDAVIT

I, BRISTOUT BOURGUIGNON ; being duly sworn, depose
and say that the responses to the following questions are true.

1.    Are you presently employed? (If an inmate in a state institution,
      include inmate employment.)   Yes ( )   No (√)
      a.    If the answer is yes, state your salary or wages and give the
            name and address of your employer.

            $_____ per_____   Employer_____
                                              _____
                                              _____

      b.    If the answer is no, state the date of last employment, the
            salary or wage and the name and address of your employer.

            Date of last employment  JUIN 31, 2000

            $ 10 per HOUR   Employer Jean electric
                                              _____
                                              _____

2.    Within the last 12 months, have you received any money from the
      following sources?
      a.    Business, profession or self-employment?   Yes ( )   No (√)
      b.    Rental income, royalties, interest or dividends? Yes ( )  No (√)
      c.    Pensions, annuities or insurance payment?   Yes ( )   No (√)
      d.    Gifts or inheritances?   Yes ( )   No (√)
      e.    Any other sources?   Yes ( )   No (√)

      If the answer to any of the above is "yes", describe the source and
      amount of money received.

      _____
      _____
      _____

3.    Do you have money in a checking or savings account or cash on hand?
      (If an inmate, include funds in your inmate account.)  Yes ( )  No (√)
      If "yes", state the total balance $ 0.00

STATE OF CONNECTICUT
OFFICE OF THE Claims Commissioner

BRISTOUT BOURGUIGNON
V.
STATE OF CONNECTICUT
Department of Corrections          September 29, 2003

## AFFIDAVIT

I, BRISTOUT BOURGUIGNON being duly sworn, deposes and say that the Respons to the following statement are True

1. My name is BRISTOUT BOURguignon on July 31, 2003. J-1-unit counselor name Hutch at Mac dougall C.I. call me in his office and told me that to Reported to the A.P. Room

2. When I got to the A.P. Room. I asked the A.P. Room officer, what's going on. He told me that I was been transfering to another Jail.

3. I asked the officer I told him I need to go back to the unit to Pack my PROPERTY. His Response was I can't go back and he told that he had a van that's ready to transfer me to my destination.

4. I told the Mcdougall Property officer that all my

Exhibit F

PRoperty is in my cell. I have TV, Radios, Sneakers, Boots, shower shoes, head phones, adapter, 10 Cassette Television, walkman, address book, extension, Food Cosmetics ... etc...

5. I told him that I need to get my stuff. He told me that its impossible for me to go back in the unit and get my Property. I didn't want to disobey his ORDeR, so I followed his ORDeR and Comply.

6. The PRoperty officer at Mcdougall C.I on July 31, 20 He told me that don't worry about my PRoperties he will ship them where ever they transfer me.

7. I saw him call the I-1 Unit on July 31, 2003 and he told the officer there at J-1 unit to pack my PRoperties.

8. He told me that he was going to send my PRoperties to GaRneR C.I on wednesday 8-5-03. I didn't get my property yet. Mcdougall C.I staff gave away my PRoperties

9. Now, I am at gaRneR C.I. I have nothing. Mcdougal CI Lost my PRoperty and I need my PRoperties back. A.S.A.P

Claimant
Bristart Brugugn

EXhibit F