UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON      CASE NO. 3:03 cv 232 (RNC)
Vs.
JOHN J. ARMSTRONG, ET.AL.     FEBRUARY 25, 2004

## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT.

PLAINTIFF BRISTOUT BOURGUIGNON, PURSUANT TO RULE 15(a) and 19(a) FED.R.CIV.P., REQUEST LEAVE TO FILE an amended complaint adding TWO more parties

1. THE Plaintiff in his original complaint forgot to added two more defendants

2. Plaintiff alleges that on 12-15-02 was assaulted and NO investigation or investigator was conducted or given an opportinuty to call witness(es) OR present evidence at the diciplinary Hearing on 12-18-02 the advocate Southworth and the investigator Brito denied the Plaintiff his procedural due process Require by the FOURtheenth Amendment of the UNITED States Constitution violated by the defendants

3. SINCE the filing of the complaint the Plaintiff has determined that investigator Brito is

a defendant in this complaint as well as advocate Southworth.

4. This court should grant leave freely to amend a complaint Farm v. Davis 371 US. 178, 182, 83 S. Ct. 227 (1962); Interroyal Corp. v. Sponseller, 889 F. 2d 108, 112 (6th Cir.) Cert denied, 494 US. 1091 (1990)

THE PLAINTIFF
Binstint Bourguignon
Pro-Se