FILED
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 MAR -8 P 4:40

US DISTRICT COURT
BRIDGEPORT CT

BRISTOUT BOURGUIGNON      CASE NO. 3:03 CV 232 (RNC)

VS.

JOHN J. ARMSTRONG, ET AL.    MARCH 4, 2004

## MOTION TO SERVED DEFENDANTS SUMMONS AND FOR SUBSTITUTED SERVICE

THE PLAINTIFF, moves this Court under 42 U.S.C § 1983, 28 U.S.C. § 1915, Rule 6(b), FED. R. CIV. P. Rule 4(M) and FED. R. CIV. PROC. 4(d)(1); N.Y. Civil Practice Law and Rules § 308 to order the U.S. Marshals Service for service of the copies and submitted civil action complaint with summons forms upon defendants John J. Armstrong, et. al. by leaving a copy of the process, including summons and complaint with the Attorney General or at his office in Hartford pursuant CONN. GEN. STAT. § 52-64, 52-54 and 52-45

I. History of the Case

THE I.F.P. Status has been granted since 14 day of April, 2003. The plaintiff contacted the clerks office by phone on March

3, 2004 at approx. 11:00 AM from Macdougall C.I. and was informed that the service and complaint forms prepared were mailed to the U.S. Marshall Service. The Process Receipt and Return form U.S.M-285 shows the acknowledge Receipt for the total number of process indicated on 10-31-03 but mailed Returned dated 2-4-04 as unexecuted

## II Specific facts

The U.S. Marshal Service(s) from 141 Church St., at New Haven, CT 06510-2030 unexecuted service, summons and complaint(s) was do to the unwilling assistance in expediting service of the already ordered by the U.S Marshal were only a Process Receipt and Return from U.S.M-285 has been served to the attorney general Richard Blumenthal at his office in Hartford.

The Returnable writs notice of service with copies and complaints for the 5 defendants in the complaint, not served and marked as "unable to locate" is do to U.S. Marshals failure to assist is expediting service as the court ordered were good cause is given the

Plaintiff Request to served defendants summons and complaints and FOR substituted service pursuant conn. GEN. Stat § 52-64.

THE U.S. MARSHALS making service didn't informed in his Return the address at which such of the NOTICE of services form with copy complaints for the 5 defendants were unable to served nor left a copy with service pursuant CONN. GEN. Stat. § 52-54.

Where more than good cause is being presented in behalf of the plaintiff to move this court to issue an order requiring the Marshals to serve the summons and complaints on the defendants and with the ATTORNEY General or at his office in Hartford, CT. Pursuant FED. R. CIV. PROC. 4(d)(1) and CONN. gen. stat. § 52-45 A, 52-54 and 52-64.

### III LEGAL Grounds

This motion is filed pursuant to CONN. gen. Stat § 52-64, 52-45 A, and 52-54, Fed R. Civ. Proc. 4(d)(1), N.Y. Civil Practice Law and Rule § 308 under 42 U.S.C. § 1983, 28 U.S.C. § 1915, Rule 6(b) F.R. Civ. P. And Rule 4(M) "Good Cause"

CITING POULAKIS V. AMTRAK, 139 F.R.D. 107, 108-09 (N.D.I ". 1991).

THE Plaintiff
Bristout Bourguignon
BRISTOUT BOURGUIGNON
PRO-SE