UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| BRISTOUT BOURGUIGNON | : | PRISONER<br>CIVIL NO. 3:03CV232(RNC)(DFM) |
| V. | : |  |
| COMMISSIONER ARMSTRONG, ET AL. | : | MARCH 10, 2004 |

## **APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendants, in the above-captioned case.

Dated at Hartford, Connecticut, this 10th day of March, 2004.

                DEFENDANTS
                Commissioner Armstrong, Et Al.

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL


        BY:_____
            Robert B. Fiske, III
            Assistant Attorney General
            110 Sherman Street
            Hartford, CT  06105
            Tel.:  (860) 808-5450
            Fax:  (860) 808-5591
            E-Mail:  robert.fiske@po.state.ct.us
            Federal Bar #ct17831

# **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 10th day of March 2004:

Bristout Bourguignon, Inmate #265860
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06078

_____
Robert B. Fiske, III
Assistant Attorney General