FILED

2004 MAY 11  A 11: 50

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRISTOUT BOURGUIGNON | : | PRISONER |
| *Plaintiff* | : | CIVIL NO. 3:03CV232(RNC). |
| | : | |
| v. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL | : | |
| *Defendants* | : | MAY 10, 2004 |

### MOTION FOR EXTENSTION OF TIME TO PROVIDE DISCOVERY

The undersigned counsel for the defendants respectfully moves, pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, for a ninety day extension of time to provide responses to the plaintiff's Request for Production of documents dated March 24, 2004. Upon receipt of the plaintiff's request, the undersigned counsel for the defendants contacted the Department of Correction and requested information pertaining to the plaintiff's claims, including the information sought by the plaintiff in his requests for discovery.

In addition to this request for additional time to respond, the defendants also reserve their objection to the plaintiff's Request for Production numbers 4 through 7, to the extent that they request videotapes which may contain information which the release of could jeopardize the safety and security of the facility; request number nine, because it will not lead to the admission of admissible evidence; and numbers 13 and 14 because the requests are incoherent. The

defendants further reserve their objection to the request number 14[1], as irrelevant and unduly broad; request numbers 17, 18, and 20 to the extent they may endanger the safety and security of the facility; and number 19, as it is irrelevant, except as to the D.O.C. Directive 6.3 regarding population counts, which will be provided upon receipt .

This is the defendant's first request for an extension of time. Ninety days is necessary in order to provide sufficient time to obtain and review the multitude of documents requested from the Department of Correction. If this motion is not granted, it will be unduly prejudicial to the defendants, but if granted, will not unduly prejudice the plaintiff. The plaintiff is an incarcerated individual in the custody of the Department of Correction and thus was not contacted to obtain his consent for this motion.

WHEREFORE, for the foregoing reasons, the defendants respectfully request that their motion for a ninety day extension of time to provide responses to the plaintiff Request for Production of documents be granted.

---

[1] The plaintiff has two requests numbered 14. This objection pertains to the second request number 14, though the defendants also object to the first number 14 request as set forth above.

2

                                            DEFENDANTS
                                            John Armstrong, Et Al

                                            RICHARD BLUMENTHAL
                                            ATTORNEY GENERAL

BY: _____
                                            Robert b. Fiske, III
                                            Assistant Attorney General
                                            Federal Bar No. 17831
                                            110 Sherman Street
                                            Hartford, CT 06105
                                            Tel: (860) 808-5450
                                            Fax: (860) 808-5451
                                            e-mail: robert.fiske@po.state.ct.us

## CERTIFICATION

    I hereby certify that a copy of the foregoing Title was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this, the 10th day of May, 2004, first class postage prepaid to:

Inmate Bristout Bourguignon, #265860
Osborn Correctional Institution
P.O. Box 100
Somers, CT 06071

_____
Robert B. Fiske, III
Assistant Attorney General

3