UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Bristout Bourguignon  :  PRISONER NO.
                      :  3:03CV232 (RNC)
Vs.                   :
                      :
John J Armstrong      :  October 23, 2003

## MOTION FOR A PRELIMINARY INJUNCTION RELIEF

The Plaintiff in the above-captioned matter, Bristout Bourguignon hereby Request the Court to have the defendants to Return the Plaintiff' Legal's work and his Personal Properties

---

June 2, 2004. <u>Bourguignon v. Armstrong</u>, 3:03CV232(RNC)

Re: Motion for Injunctive Relief [Doc. #10]

Denied. Plaintiff, a Connecticut inmate proceeding <u>pro se</u> and <u>in forma pauperis</u>, brings this action pursuant to 42 U.S.C. § 1983 against certain correctional officials at the Corrigan-Radgowsky Correctional Center and state correctional officials. Plaintiff seeks an order compelling defendants to return to him legal work and other property he was required to leave at the MacDougall-Walker Correctional Institution ("MacDougall") when he was transferred from that facility to Garner Correctional Institution. Because plaintiff seeks relief from persons who are not parties to this action, MacDougall correctional officials, and his claim for relief is unrelated to this action, he must assert this claim for relief in a separate action against the appropriate officials.
So Ordered.

Robert N. Chatigny, U.S.D.J.