UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

BRISTOUT BOURGUIGNON  )  2004 JUN 18 P 4:04  CIVIL DOCKET #
                      )  U.S. DISTRICT COURT   3:03 cv 232 (RNC)
VS.                   )  BRIDGEPORT, CONN
                      )
                      )
JOHN ARMSTRONG, Et al )                          JUIN 9, 2004

## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

PLAINTIFF BRISTOUT BOURGUIGNON, Pursuant to Rule 15(a) and 19(a) Fed. R. Civ. P., Request Leave to file an amended Complaint adding Parties.

1. The Plaintiff in his original complaint failed to added investigator Brito and advocate South-worth and C/o LT. William Herbert

2. Plaintiff alleges that on 12-15-02 was assaulted and no investigation or investigator was conducted or given an opportunity to call witness(es) or present evidence at the diciplinary Hearing on 12-18-02 the advocate southworth and the investigator Brito denied the Plaintiff his procedural due process require by the fourtheenth amendment of the United states constitution violated by the defendants,

3. Since the filing of the complaint the Plaintiff has determined that investigator Brito is a defendant in this complaint as well as advocate Southworth and Lt. William Herbert

4. This Court should grant leave freely to amend a complaint. form V. Davis, 371 U.S. 178, 182, 83 S. Ct. 227 (1962); Interroyal Corp. V. Sponseller, 889 F. 2d 108, 112 (6th Cir.) cert denied, 494 U.S. 1091 (1990)

5. Plaintiff attached with this motion a copy of the proposed amended complaint that complies with the general rules of pleading in Fed. Civ. P. Rule 8(a).

The Plaintiff
Bristout Bourguignon

## Certification

I hereby certify that a copy of the foregoing title was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 9 day of June, 2004, first class postage prepaid to: Robert B. Fiske, III Assistant Attorney General 110 Sherman Street, Hartford, CT 06105

Bristout Bourguignon
BRISTOUT BOURGUIGNON