UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRISTOUT BOURGUIGNON, | : | PRISONER |
|    *Plaintiff*, | : | CIVIL NO: 3:03CV232(RNC) |
| | : | |
|    v. | : | |
| | : | |
| LT. WILLIAM HERBERT, COMMISSIONER JOHN ARMSTRONG, WARDEN GEORGE WEZNER, LT. WILLIAM DELANEY, C.O. DANIEL BRUNSKI, C.O. WILLIAM BAKANAWSKI, ADVOCATE SOUTHWORTH INVESTIGATOR BRITO | : : : : : : | |
|    *Defendants* | : | JUNE 25, 2004 |
| | : | |

## MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the above named defendants, (hereinafter referred to at "the defendants"), respectfully move to dismiss the plaintiff's Amended Complaint[1] for one or more of the following reasons:

    I.    The plaintiff's Amended Complaint is barred by the Prison Litigation Reform Act which requires an inmate to first exhaust all of his administrative remedies prior to filing suit in federal court.

    II.    The plaintiff's claims against the defendants in their official capacity, are barred by the Eleventh Amendment,

---

[1] On June 21, 2004, the undersigned counsel for the defendants received a Motion for Leave to File an Amended Complaint from the plaintiff, dated June 9, 2004. In the interest of judicial efficiency, to prevent the need for two motions to dismiss, the undersigned presumes for the purposes of this Motion that the Court will grant the plaintiff leave to amend his complaint and therefore includes the new allegations against defendants; Brito, Southworth and Herbert, in this Motion to Dismiss. As a result, in this motion only, to avoid confusion, the claims in both the original Complaint and the Motion for Leave to File an Amended Complaint will be referred to as the "Amended Complaint", even though an amended complaint has not yet been filed. This reference however is based upon the presumption that the plaintiff will file and serve an Amended Complaint consistent with his motion for leave while this Motion to Dismiss is pending.

  III.. The plaintiff has failed to state a claim against Defendants Armstrong and Wezner, since he has not alleged their personal involvement in any alleged constitutional violation,

  IV. The plaintiff has failed to state a claim against the defendants for a violation of his rights under the First Amendment to the United States Constitution,

  V. The plaintiff has failed to state a claim for a violation of his right to due process under the Fourteenth Amendment to the U.S. Constitution,

  VI. The plaintiff's emotional distress claim is meritless,

  VII. The defendants are entitled to qualified immunity.

  WHEREFORE, the defendants respectfully request that the plaintiff's Amended Complaint be dismissed in its entirety, or in the alternative, be dismissed in part, for the reasons set forth herein.

        DEFENDANTS
        LT. WILLIAM HERBERT,
        COMMISSIONER JOHN ARMSTRONG,
        WARDEN GEORGE WEZNER, LT.
        WILLIAM DELANEY, C.O. DANIEL
        BRUNSKI, C.O. WILLIAM
        BAKANAWSKI , INVESTIGATOR
        BRITO, ADVOCATE SOUTHWORTH

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


BY:  /s/_____
    Robert B. Fiske, III
    Assistant Attorney General
    Federal Bar No. ct17831
    110 Sherman Street
    Hartford, CT  06105
    Tel: (860) 808-5450
    Fax: (860) 808-5593
    e-mail: robert.fiske@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion to Dismiss, was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this, the 25TH DAY OF June, 2004, first class postage prepaid to:

Inmate Bristout Bourguignon, #265860
Osborn C.I.
P.O. Box 100
335 Bilton road
Somers, CT 06071

                                                                                            /s/_____
                                                                                            Robert B. Fiske, III
                                                                                            Assistant Attorney General