UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON     : PRISONER
                         : NO. 3:03 cv 232 (RNC)
vs.                      :
                         :
John J. ARMSTRONG, Et, al : August 4, 2004

## MOTION TO COMPEL DISCOVERY

The Plaintiff moves pursuant to Rule 33, 34 and 36, Fed. R. Civ. P., for an order compelling the defendants to produce for inspections and copying of the interrogatories requested on June 21, 2004. And the Request for admissions requested on June 22, 2004 and the plaintiff Request for production of documents requested on March 24, 2004.

THE Plaintiff
Bristout Bourguignon

## CERTIFICATION

I hereby certify that the following Motion was mailed to the following, this 4 day of Aug. 2004 To:
Robert B. Fiske III, assistant attorney general
110 Sherman St. Hartford, CT. 06105

Bristout Bourguignon
BRISTOUT BOURGUIGNON