# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON

vs.

John J. Armstrong, et al

PRISONER

NO. 3:03cv232(RNC)

August 4, 2004

## AFFIDAVIT IN SUPPORT OF MOTION TO COMPEL

---

BRISTOUT BOURGUIGNON, being duly sworn, deposes and says:

1. I am the plaintiff in this case. I make this affidavit in support of my motion to compel discovery.

2. On March 24, 2004, I served on the defendants' counsel a Request for production of Documents, which is attached to this affidavit as exhibit 1

3. On May 28, 2004, defendants Responded to my Request for production of documents by filing objections to the production of Documents Requested. A copy of their objections is attached as exhibit 2.

4. On June 21, 2004, I submitted to the defendants' counsel a set of 25 interrogatories questions which is attached to this affidavit as exhibit 3.

5. On June 30, 2004. Defendants Responded to my interrogatories by filing objections to the 25 interrogatories questions Requested. A copy of their objections is attached as exhibit 4.

6. On June 22, 2004. I served on the defendants' counsel a Request for admissions which is attached to this affidavit as exhibit 5.

7. On July 1, 2004. Defendants Responded to my Request for admissions by filing objection to the Request for admissions,

A copy of their objections is attached as <u>exhibit 6</u>.

8. Defendants' objections are waived as a result of their failure to cooperate and make them in a timely manner, as set forth in the brief accompanying this motion.

9. Defendants' objections on the ground that the discovery sought is irrelevant, burdensome and privileged have no merit and that the number of interrogatories exceeds the maximum permitted under the federal rule. The plaintiff only seeking question numbers 4, 5, 6, 17, 18, 19, 20 in the interrogatories requested. And, also, the plaintiff request for admission are not in compliance with Rule 36. And, the defendants' objections to the plaintiff's request for production of documents is not relevant to the issues in the plaintiff complaint. And that, this request is not reosonably calculated to lead to the discovery of admissible evidence. As seth forth, in the brief accompanying this motion.

Wherefore, the plaintiff Request that the Court grant this motion in all Respects.

THE PLAINTIFF

x Bristout J. Bourguignon

SWORN to before me this
----- day of ----------, 2004

Subscribed and Sworn to before me this 4th day of August, 2004
Darnell Harris
NOTARY PUBLIC
My Commission Expires Mar. 31, 2005

_____
NOTARY PUBLIC

## CERTIFICATION

I hereby certify that the following declaration was mailed to the following, this, the 4 day of August, 2004 to:

Robert B. Fiske III
Assistant Attorney General
110 Sherman St.
Hartford, CT 06105

Bristout Bourguignon
BRISTOUT BOURGUIGNON