UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 AUG -5 P 3:18
U.S. DISTRICT COURT
BRIDGEPORT, CONN

BRISTOUT BOURGUIGNON | PRISONER
| NO. 3:03 CV 232 (RNC)
Vs. |
|
John J. ARMSTRONG, ET, AL | August 4, 2004

THE PLAINTIFF PETITION THE COURT FOR A CLOSE SESSION TO REVIEW THE OVER-CROWDED GYM VIDEO TAPES INCIDENT AT CORRIGAN DATED 12-12-02 AND THE VIDEO TAPES INCIDENT DATED 12-15-02.

---

Pursuant to Rule 26 (a)(1)(A)(B), THE Plaintiff BRISTOUT BOURGUIGNON Requests that this Court issue for a close session to Review the over-crowded gym videotapes incident at Corrigan dated 12-12-02 and the video tapes incident dated 12-15-02:

1. The Plaintiff's case depends in large part of those video tapes Requested.

2. The Plaintiff is proceeding pro-se in this matter and should be allowed to Review

the over crowded gym video tapes dated 12-12-02, and the video tapes incident dated 12-15-02. Therefore the court should allowed the plaintiff to review those video tapes in a close session and should therefore be produced to manage the presentation of his case; to cross-examine the defendants who testify and their witnesses, and to hear the defendants' case and present appropriate rebuttal evidence.

Plaintiff request that the court order the defendants to submit those video tapes evidence for a close session review.

THE PLAINTIFF<br>Bristout Bourguignon

## CERTIFICATION

I hereby certify that the following petition was mailed to the following, this 4 day of August 2004 TO: Robert B. Fiske III, assistant attorney general 110 Sherman St. Hartford, CT. 06105

Bristout Bourguignon<br>BRISTOUT BOURGUIGNON