UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRISTOUT BOURGUIGNON | : | PRISONER |
| | : | CIVIL NO. 3:03CV232(RNC) |
| VS. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL. | : | MARCH 16, 2005 |

**DEFENDANT'S OBJECTION TO THE PLAINTIFF'S
MOTION TO COMPEL DISCOVERY**

On March 7, 2005, the plaintiff filed a motion requesting this Court to order the defdnants to coopereate in discovery by compelling them to answer his discovery requests and request to view videotapes.  However, in that same motion the plaintiff admitted, in paragraphs two and three, that the defendants not only timely responded to his discovery requests, but took the extra step of writing him a letter in which it was explained why objections were made to his requests and in which it was suggested that he redraft his requests in such a manner so as to avoid objection.

The fact that the plaintiff has not followed the rules for discovery by directing his requests to a particular individual, and drafted requests which were objectionable for a variety of reasons, does not constitute legitimate grounds for an order to compel under either Rule 33 or 37 of the Federal Rules of Civil Procedure.  Accordingly, the plaintiff's motion should be denied.

        DEFENDANTS
        JOHN ARMSTRONG, ET AL

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


        BY:__/s/_____
        Robert B. Fiske, III
        Assistant Attorney General
        Federal Bar No. ct17831
        110 Sherman Street
        Hartford, CT  06105
        Telephone No.: (860) 808-5450
        Fax No.: (860) 808-5591
        E-Mail:  robert.fiske@po.state.ct.us


## **CERTIFICATION**

  I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this, the 17th day of March, 2005, to:

Bristout Bourguignon, # 265860
MacDougal C.I.
1153 East South Street
Suffield, CT 06080

        ___/s/_____
        Robert B. Fiske, III
        Assistant Attorney General