UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON

Vs.

JOHN ARMSTRONG, et. al

FILED

2005 MAR 29 P 5:04

U.S. DISTRICT COURT
BRIDGEPORT. CONN.

CASE NO.
3.03CV232 (RNC)

MARCH 28, 2005

## MOTION to RESOLVE DISCOVERY DISPUTES

PURSUANT to Rule 26 (b) (1) the Plaintiff ask the court to Resolve discovery disputes according to their own ideas of what is Reasonable Rather than by following the Letter of existing case Law.

The Plaintiff states the following:
1. on March 16, 2005 the defendants' counsel objection to the Plaintiff motion to compel discovery by stated that as evidence in that motion, the plaintiff admitted in paragraphs two and three that defendants not only timely Responded to his Request of discovery but took the extra step of writing him a Letter in which it was explained why objection were made to his Request and in which it was

Suggested that Redraft his Request in such manner so as to avoid objection.

2. On March 7, 2005, the plaintiff filed a Motion Request this court to order the defendants to Cooperate in discovery by compelling them to answer his discovery Requests and Request to view video tapes.

3. Defendants' counsel belated objections states that the documents Requested by the plaintiff are Irrelevant to the action, their argument is Frivolous.

4. Pursuant Rule 26 Fed. R. civ. P., permits discovery of Matters Relevant to the subject matter involved in the pending action, it is not ground for objection that the information sought will be inadmissible at trial if the information sought appears Reasonably calculated to Lead to the discovery of admissible evidence.

5. Defendants' counsel has deliberately and Repeatedly objected and disregard most of the plaintiff Request for discovery.

6. Plaintiff has made bonafide attempts to Resolve this matter and to prepare an intelligent and accurate and strong defense.

7. Defendants' Counsel Just simply won't act in compliance according to Rule 26 to dismayed Plaintiff legal Request.

8. Defendants' counsel defective thinking and indeference to pro-se plaintiff Request deprive and obstruct this Complainant from compiling in Competent and intelligent assessment what best suitable for this plaintiff.

9. The Plaintiff states that the defendants' counsel action clearly shows and depicts obvious clearness of frustration this writer. And the plaintiff is strongly contend and defy that the defendants' counsel great malice.

Wherefore Plaintiff ask this Court to grant this motion in all aspects.

THE PLAINTIFF

Bistout Bonguogna

PRo-Se

## CERTIFICATION

I hereby that a Copy of the foregoing was sent to Assistant Attorney general Robert B. Fiske, III at 110 sherman street Hartford, CT 06 105.

Bristout Bourguignon

BRISTOUT BOURGUIGNON