UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 APR 18 P 3: 39

DISTRICT COURT
HARTFORD, CT.

BRISTOUT BOURGUIGNON    :
                         :              PRISONER
v.                       :    Case No.  3:03CV232(RNC)(DFM)
                         :
JOHN J. ARMSTRONG, et al.  :

## RULING AND ORDER

Pending before the court is the plaintiff's motion to compel.  For the reasons set forth below, the motion is denied.

The plaintiff states that he mailed interrogatories to defendants' counsel on February 7, 2005.  On February 23, 2005, counsel objected to the interrogatories because they were not directed to an individual defendant as required by Rule 33(a). The plaintiff claims that the defendants have failed to cooperate in answering his discovery requests.

Rule 33(a), Fed. R. Civ. P. provides that "any party may serve upon any other party written interrogatories. . . ." Counsel for the defendants objected to the plaintiff's interrogatories because they were directed to John Armstrong, et al. and not to a particular defendant.   John Armstrong, et al. is not a party to this action.  Thus, the defendants' objection to the interrogatories did not violate the Federal Rules of Civil Procedure.  The plaintiff's Motion to Compel [**doc. # 28**] is

**DENIED.**[1]

    **SO ORDERED** this ___18th___ day of ___April___, 2005, at

Hartford, Connecticut.

                                    Donna F. Martinez
                                    United States Magistrate Judge

---

[1]   The court has dismissed all claims against defendants Herbert, Armstrong, Wezner, Delaney, Brunski and Bakanowski. The only defendants remaining in this action are Advocate Southworth and Investigator Brito. Thus, any renewed interrogatories should be addressed to defendants Brito and Southworth only.