UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 APR 18 P 3:39

DISTRICT COURT
HARTFORD, CT.

BRISTOUT BOURGUIGNON :
: PRISONER
v. : Case No. 3:03CV232(RNC)(DFM)
:
JOHN J. ARMSTRONG, et al. :

ORDER

On March 31, 2005, the court granted plaintiff leave to file a second amended complaint and denied in part and granted in part the defendants' motion to dismiss plaintiff's second amended complaint. The only remaining claim in this action is the claim under section 1983 against defendants Southworth and Brito alleging a violation of procedural due process in connection with the December 18, 2002 disciplinary hearing.

The second amended complaint has not yet been served on defendants Brito and Southworth. **The Clerk shall prepare the necessary papers to submit to the United States Marshal for personal service of the second amended complaint on the two remaining defendants.** The United States Marshal is directed to personally serve the second amended complaint on defendants Southworth and Brito in their official and individual capacities and to file a return of service within **thirty (30)** days of the date the United States Marshal receives the service papers from

the Clerk's Office.

Each defendant is hereby ordered to file an appearance and response to the second amended complaint within **thirty (30)** days from the date he or she is served with a copy of the second amended complaint.

**SO ORDERED** this 18th day of April, 2005, at Hartford, Connecticut.

Donna F. Martinez
United States Magistrate Judge