UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 APR 27 P 4:40
U.S. DISTRICT COURT
BRIDGEPORT CT

BRISTOUT BOURGUIGNON PRISONER

vs

JOHN J. ARMSTRONG

CASE# 3:03-cv-232 (RNC)

APRIL 18, 2005

PLAINTIFF SUBMITTED EXHIBITS AS TO HIS MOTION TO RE-ARGUE THE COURT RULING AND ORDER

The Plaintiff hereby submitted to the Court the following exhibits:

1. Inmate grievance dated 12-12-02 as to exhaust administrative Remedy as exhibit A

2. Inmate grievance dated 12-20-02 as to exhaust administrative Remedy on the excessive force as exhibit B.

3. Inmate Request form dated 12-22-02 as exhibit C

4. Plaintiff's Letter to commissioner Armstrong dated 1-15-2003 as exhibit D

5. A Letter from Commissioner Armstrong dated 2-25-03 as exhibit E.

6. Disciplinary hearing appeal dated 12-21-03 and Jay Andrew disciplinary D.R. dated 12-15-02 as exhibit F.

7. Warden Werner Responded to the plaintiff appeal and a letter of Recommendation for Release the plaintiff from chronic discipline attached as exhibit G.

_The Plaintiff_
Bustout Bourguignon

## CERTIFICATION

I hereby certify that a copy of the forgoing exhibits was mailed to the following date of April 18, 2005 to: Robert B. Fiske, III Assistant Attorney general at 110 Sherman Street Hartford, CT 06105.

Bustout Bourguignon
Bustout Bourguignon