**EXHIBIT A**



# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601/1
Rev. 10/07/02

Inmate Name: BRISTOUT BOURGUIGNON    Inmate no. 265860
Facility: CORRIGAN    Housing unit: GYM    Date: 12-12-02
☐ Line grievance  ☐ Line emergency  ☐ Health grievance  ☐ Health emergency

1. **Informal resolution.** Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

   WARDEN WEZNER have a copy of my Request.

2. **Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8 ½ by 11 inch sheet of paper and attach it to this form.)

   Put in the Gym with 200 hundred inmates, over crowding, I was sleep. I was sick, too much dirt on the floor, I couldn't was unsanitized. too many sick inmates with Aids, hypatitis, lice, mice, flu, They had no showers, no hot water, toilet was dirty the Gym

3. **Action requested.** Describe what action you want taken to remedy the grievance.

   Prison official responsible for violated my eight Amends I am holding Amends and the condition at the gym was cruel and unusual punish, my fourt ment. Prison official were deliberate indifference and negligence, the offi knows of and disregards and excessive risk to my health and safety

Inmate signature: Bristout Bourguignon    12-13-02

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY – LEVEL 1 REVIEW

| IGP no. | 140-03-244 | T no. | |
|---|---|---|---|
| Date received | 12-18-02 | Disposition | Denied |
| | | Date of disposition | 1-17-03 |

Grievance issue: Not grievable

Reasons: Housing / classification is not grievable. Conditions in Gym meet health/safety standards, despite I/m claim. (i.e. Daily showers, Rec, Relif, etc)

Level 1 reviewer: [signature]

EXHIBIT B

# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601A
7-1-98

| | |
|---|---|
| Inmate name: BRISTOUT Bourguignon | Inmate no. 265860 |
| Facility: CRCC | Housing unit: SEG1B    Date: 12-20-02 |

☐ Line grievance   ☑ Line emergency   ☐ Health grievance   ☐ Health emergency

**1. Informal resolution.** Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

A request form was sent to the warden

**2. Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8-1/2-by-11-inch sheet of paper and attach it to this form.)

on 12/15/02 at 4:15 AM. I Inmate Bristout was sleeping on the Gym Floor overflow, when one of the CO's wake me up and told me to report upstairs to the Lieutenant office. When I got upstairs I saw Lieutenant William, Delaney and his staff circle me alone with out warning Lieutenant William and Delaney and staff strike me with right punches in my Ribs and started kicking → over

**3. Action requested.** Describe what action you want taken to remedy the grievance.

I want Lieutenant William and Lieutenant Delaney and they staff to get fired from they Job. I also want them to be process in the court systems for they criminal act

Inmate signature: Bristout Bourguignon    12/20/02

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY. LEVEL 1 REVIEW

| IGP no. 140-03-244 | T no. |
|---|---|
| Date received 12-24-02 | Disposition: Denied | Date of disposition 2-1-03 |

Grievance issue: Staff conduct

Reasons: Review of incident does not substantiate your claim. You were treated by medical on 12/15/02 at 4:25 am you Refused to permit medical staff to examine you. You were again examined on 12/24/02 no injuries of the nature you describe were evident.

Level-1 reviewer: [signature]

1) cont. Inmate Grievance Form A, Level 1

between my lower back and Bottocks. My intention at the time was to trying stay away from of brunch hangry COs and Lieutenants. The lieutenants and them white COs were totaly Racist and their action and behavior were vicious and malicious. After I try to jump off the stairs for safety Lieutenant william, Delaney and 10 to 15 COs grabbed me Pepper sprays me about 5 or 6 time and hit me, after I put my arm behind my back again the hall, I meant I was completely surrender and I was very cooperative. After I was hancuffed william and Delaney became more aggressive an execisse and racially motivated. they grabbed me, kicked me, punch me and they reused the oleoresin capsicum utilizing a "Capstur 2-305 on me about 3 or 4 more time. After I went to medical, my body was hurt, I got bruise on my knees, my Ribs cage, My lower back and Bottock. Today is thursday 12/30/02 the Incident happen 12-15-02. The Medical Doctor hasn't call me down yet. I also told the nurse about ten times to tell the Lieutnant Surpervisor to call the state police Dept. Troop E, they refuse to Do so. Because I want to press charges against Lieutenant william and Lieutenant Delaney and his staff was present at the time. Since I got Denied of

3).

my rights, the Connecticut Department of correction Corrigan refused me medical treatment and denied my rights. My civil rights had been violated by Lieutenant William and delaney and his staff and my Eight and Fourteenth and 1st amendments was violated.

Bristol Bourguignon
#265860

Bristol Bourguignon
#265860

EXHIBIT C



# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

**Inmate Name:** BRISTOUT BOURGUIGNON
**Inmate no.:** 265860
**Facility:** Corrigan
**Housing unit:** Seg Cell 113
**Date:** 12-22-02

**Request:** Dear Warden Wezner
I was illegally Kick, Punch, Pepper sprays by your Lt. William and Lt. Delaney and staff after I surrender and my arms was behind my back at all times and handcuff. I recieved blows, bruises, Kicks in my anus, Kicks in my lower back and illegally Pepper sprays by your staff or 12-15-02.
Thank You
Bristout Bourguignon
PS I am Suffering majoring Pain right now

**Previous Action Taken:**

(continue on back if necessary)

**Submitted to:** Acting Deputy Warden Chapman
**Acted on by:** Same
**Date:** 12/24/2002

**Action Taken and/or Response:**
I instructed Medical Staff to Assess your Condition on Tuesday, December 24, 2002. As for the Staff Conduct, I have this issue under Review.

(continue on back if necessary)

**Response to Inmate Date:** 12/26/2002
**Staff Member Signature:** Acting D/W Chapman 12/26/2002

**EXHIBIT D**

Bristout Bourguignon #265860
Walker Special Unit
1151 East Street South
Suffield, CT 06078

January 15, 2003

Commissioner of Correction
John J. Armstrong
24 Wolcott Hill Rd.,
Wetherfield, CT 06109

Dear Commissioner

    I am currently an inmate at Walker Special Unit. I know the department of correction shall protect the public, protect staff, and ensure a secure, safe and human environment for offenders in a climate that promotes proffessionalism, respect, integrity, dignity and excellence. I also know that the department of correction shall follow the state rules and regulations.

    On 12.15.02, at 3:00 AM at Corrigan. I, inmate Bristout Bourguignon #265860 was housing in the Gym 109 overflow with 150 unsentenced inmates. Inmate Jay Andrews #168614 housed in the Gym 109 overflow. Jay Andrews had come to my bunk and asked me if he can borrow my paper pad.


②

I let inmate Jay Andrews borrow my paper pad so he can do his legal work. I know Jay Andrews was complaint about the living condition in the over-crowding gym overflow. Inmate Jay Andrews wrote a petition about the living conditions in the Gym against the Corrigan-Radowski facility for violated the standard of inmates living conditions. Lieutenant William heard inmate Jay Andrews was talking to another inmate about the living conditions in the Gym and Lt William went and took his legal papers by force and took him to segregation.

    I, inmate Bristout went to gym's office and asked one of the officer that was working. I told him that Inmate Jay Andrews got my papers pad. I told the officer that I need it back. (See the video evidence on 12-15-02, at 3:00 AM)

    on 12-15-02, at 4:15 AM at Corrigan-Radowski. I, inmate Bristout was sleeping in the gym floor when one of the officer woke me up and told me to report to the Lt's office. when I got upstairs (stairs4) I open the door through the hall way, I saw 2 whites Lieutenants and 10 whites officers were waiting for me in the hall way, and then, without warning Lieutenant William and Delaney strike me with punches in my stomach and rib cage. And all the sudden I was in a ritual circle surrounding with 2 whites Lieutenants and 10 officers (see the video

③

evidence on 12-15-02, at 4:15 AM) Lieutenant William and Lt Delaney and staff attack me, Punch me, Kick me between my lower Back and Buttocks lots of time. At the time my intention was to open the stairs 4 door and Jump 15 feet down the stairs for freedom. Both Lieutenants and staff went after me at that time I was surrounding with vicious people. I surrender and put my arms behind my back and then I was hand-cuffs. Lieutenant William and Lieutenant Delaney and staff became escelated and aggrevated and abusive. They used an oleoresin Capsicum a utilizing a capstun Z-305 about 6 or 7 times on me at the time I was handcuff and restraint. The Lts and officers weren't happy about people who talk about the living condition at the gym. They told me "You talk you get fuck up". The Lts an staff were evil and vicious and they kept hitting me, Punching and kept spraying me with the Pepper sprays all over again it was crucial. While, I was laying face down on the floor and hand-cuffs Lieutenant William kicked me 7 or 8 times in my anus. After the incident they took me to the medical hospital for treatment. While I was there, I asked the third shift nurse to call the Lieutenant supervisor that I want to press charges against (ags) The Lieutenants and staff for physically, emotionally, psychollogically abuse me as an inmate. They refused to call Troop-E.

④

As you were aware of that the Eighth Amendment, which forbids cruel and unusual punishment govern the living conditions of convicted prisoners. The fact is, I am a sentence inmate, my condition at the Gym was cruel and unusual and that other convicted prisoner conditions are better especially degrading or abusive conditions are unconstitutional even if imposed for short period of time.

Lieutenant William and Lieutenant Delaney and staff were acting deliberate indifference and negligence. Corrigan adminsistration knows of and disregards an excessive risk to my health or safety. As a sentence inmate I must be provided with shelter which does not cause me degeneration or threaten to my mental and physical well being. A prison that fails to provide safe and adequate shelter may be order closed.

The Law condemned overcrowding that result in inmates sleeping on floors, in corridors or in other spaces not designed for housing and the Law have held that state prison officials may required to relieve local jail crowding that result from a back up of "state ready" convicted felons.

The Constitution requires prison and Jail official to prove "<u>reason able safety</u>" for prisoners. They must protect them from assault

⑤

by staff or other inmates from unreasonbly hazadous living and working conditions, and must refrain from subjecting them to the unnecessary and excessive use of force.

My first amendment was violated and Lt Delaney and Lt William and staff retaliated against me for exercising my freedom of expression. I can't really speak my mind about the gym situation, no shower in the gym, 2 toilet for 150 inmates. I am a general population inmate, yet I was discrimated treated like inmates in segregation. This is not fair and constitutes discrimination and bias. I should not be punish for D.O.C administrative reasons or dicisions. It's not my fault that D.O.C can't come with a different solution for over crowding housing with 150 inmates in this fashion in a gym and denying me privileges of other general population constitutes bias and discrimination on Department of Correction. Having 150 inmates sleep that close and providing me with only 2 toilets, and smelly unsanitized environment constitutes cruel and unusual punishment. In the gym: 1) sentenced and unsentence inmates together. 2) shower at different unit with other potential enemies. 3) No Fires escapes, 150 inmates trambling on each other to Death, NO Doors open, NO safety Hazard. 4) Bunks too close, NO vents, stinking

⑥

unsanitized.

Corrigan prison officials maliciously use force to cause harm and the administration management encourage staff to indulge in excessive physical violence by rarely investigating reports of violence and failing to take corrective disciplinary action against officers whom they new to have brutalized inmates. As a matter of fact the physical force use against me was neither minor or petty and I recieved injuries as a result.

Because of the incident I suffered blows that caused bruises, swelling, back injuries, knees injuries, lower back pain, I have pain in my anus, and pain in my legs. If the corrigan had provided me with housing I would not be in this predicament. They sent me to Seg for 30 days and after that I was ship to chronic walker special unit for another 120 days.

### Relief

My 1st, fourth, 8th, and fourteen Amendment was violated by Lt william and Lt Delaney and staff. I am seeking release from prison immediately and also that both of lieutenants and staff get remove from their position as soon as possible.

respectfully submitted
Bristout Bourguignon

<u>Wherefore</u>: I declare that under penalty of perjury that the foregoing is true and correct and I, Inmate Bristout Bourguignon request that the commissioner of correction take action against Lieutenant William and Lieutenant Delaney and staff for their abusive behavior.

<u>BRISTOUT Bourguignon</u>
Inmate # 265860
*(signature)*

Sworn to before me this
15 day of January 2003

*(signature)*

NOTARY Public



# STATE OF CONNECTICUT
## DEPARTMENT OF CORRECTION
### 24 WOLCOTT HILL ROAD
### WETHERSFIELD, CONNECTICUT 06109

John J. Armstrong
Commissioner

Telephone: 860-692-7481
Fax: 860-692-7483

February 25, 2003

Bristout Bourguignon #265860
MacDougall-Walker Correctional Institution
1151 East Street South
Suffield, Connecticut 06078

Dear Mr. Bourguignon:

This letter is in response to your correspondence dated January 15, 2003 concerning alleged staff misconduct.

After reviewing all relevant documentation, it has been determined there is no evidence to support your assertion that correctional staff acted in an unprofessional manner while performing their duties on December 15, 2002.

Issues such as this should first be addressed at the local institutional level. Your Unit Counselor, Unit Manager, Lieutenant, or other administrative staff in the chain of command are willing and able to assist you with any future issues that might arise.

Sincerely,

John J. Armstrong
Commissioner

JJA/jdb

cc:  Brian K. Murphy, Lead Warden
     Cynthia Shea, Counselor Supervisor
     File

EXHIBIT F



# Disciplinary Hearing Appeal - Page 1
## Connecticut Department of Correction

CN 9507
Attachment G
1-11-94

You have been found guilty of a disciplinary offense and have received sanctions. You may appeal the hearing officer's decision by filling out both pages of this form—please print—and by placing it in the facility disciplinary appeal mail box. Please include copies pages 1 and 2 of the disciplinary report and pages 1 and 2 of the disciplinary process summary report (decision).

| Inmate name BRISTOUT BOURGUIGNON | Inmate no. 265860 | Date 12-21-02 |
|---|---|---|
| Facility CORRIGAN | Charge ATTEMPTED ASSAULT ON D.O.C. STAFF | Report date 12-15-02 |
| Date hearing completed 12-19-02 | Facility CORRIGAN | |

Sanctions imposed: 15 P.S. Thr 1-5-03, 30 CTQ 2-5-03, 90 L.O.P 4-5-03, 90 LOC 4-5-03, 60 L.O.V. 3-6-03

| Date you received your copy of the report | 12-19-02 |
|---|---|
| Date you saw the disciplinary investigator | 12-18-02 |
| Did you see an advocate | ☑ yes ☐ no |
| If yes, name of advocate | |
| Date you saw the advocate | 12-18-02 |
| Was the advocate one of a list of choices | ☐ yes ☑ no |
| Did you identify witness(es) to the investigator | ☑ yes ☐ no |

If yes, name(s) of witness(es): Jay Andrews, Donald Gilbert,

Did your witness(es) testify in person ☐ yes ☑ no

If no, what was(were) the reason(s) given: The hearing officer, advocate Southworth and investigator Brito, refused to call my witnesses, stating that they would not call witnesses from general population to a hearing inmate and that the staff reports gave a "full picture" of the incident.

Did the hearing officer hear your side of the case ☐ yes ☑ no

If no, why not: NO The hearing officer only hear one side of the story which is the staff statements. The hearing officer denied me to call my witnesses and violated my due process.

Describe what you told the hearing officer: I told the officers at the hearing that on December 15, 2002 Lt. William Herbert and Lt William Delaney and staff accused me of writing a petition letter. Because of the petition letter Lt Herbert and Lt Delaney and staff retaliate by physically assaulted and abused me and subdued me and applied unnecessary force to restrain me. They claim that they kicked, punch, pepper spray me because of my assault

# INCIDENT REPORT - PAGE 1
## CONNECTICUT DEPARTMENT OF CORRECTION

☒ INDIVIDUAL
☐ SUMMARY

CN6601
3-8-96

| Facility/CSO: | CRCC | Incident Location: | GYM | Report No.: | 02-12-063 |
|---|---|---|---|---|---|
| Prepared by: | Williams, Herbert | Title: | LT | Report Date: | 12-15-02 |

Incident Class: ☐ 1  ☒ 2  ☐ 3    Type: F    Time: 2:30  ☒ AM ☐ PM

| Inmate Name (last and first) | HsgUnit | Race | ID no. | Status | Staff Name (last and first) | Race | Title | Status |
|---|---|---|---|---|---|---|---|---|
| Andrew Jay | gym 125 | A | 168614 | S | WILLIAMS HERBERT | W | LT | R |
| Bourguignon, Bristout | gym 109 | B | 265860 | S | DELANEY WILLIAM | W | LT | EW |
| | | | | | MICHAUD, PAULA | W | C/O | EW |
| | | | | | BAKANOWSKI, WILLIAM | W | C/O | EW |
| | | | | | BRUNSKI, DANIEL | W | C/O | EW |
| | | | | | THOMPSON, BRADLEY | W | C/O | EW |
| | | | | | COOLEY, SHAWN | W | C/O | EW |
| | | | | | SEE ADDITIONAL NAMES PG3 | | | |

**Status code:** V=victim, S=suspect, E=escape, R=first employee responder, W=inmate witness, EW=employee witness

**Race code:** W=white, B=black, H=hispanic, N=native American, O=other

**Narrative:** On 12-15-02 at 2:30 am Inmate Andrew, Jay #168614 approached this LT. Williams, Herbert and asked who he would ask about getting a hot pot in the gym. I told him to direct the question to his unit manager LT Thompson. At this point the inmate stated that he had a petition for her. When I asked to see the petition the inmate refused to let me see it stating, "it's mine and you can not see it." The inmate walked away and started saying that it was illegal to keep the inmates in the gym like this, denying us commissary." The inmate repeated this statement several times. The inmate said this loud enough for the entire gym to hear what he was saying the inmate was clearly trying to incite the other inmates.

The inmate was escorted the the A/P room, where I attempted to interview the inmate and the inmate refused to give a statement. The inmate was escorted to the RHU unit and processed for placement by C/O Brunski, Daniel and placed into RHU cell 119 without further incedent.

Reporting Employee signature: _[signature]_

Title: LT    Date: 12-15-02

### FOLLOW-UP

Property damage: N/A    Value $:

Contraband recovered: Petition

Physical force: yes    Chemical agents: yes    Restraints: yes

Assigned to:
☐ Protective custody    ☐ Isolation    ☐ Medical
☐ Administrative detention    ☐ Outside hospital: _____
☒ 15-minute watch    ☐ Other: _____

# STATE OF CONNECTICUT
## DEPARTMENT OF CORRECTION
### Corrigan-Radgowski Correctional Center
986 NORWICH-NEW LONDON TURNPIKE
UNCASVILLE, CONNECTICUT 06382

EXHIBIT G

John J. Armstrong
Commissioner

George K. Wezner
Lead Warden

1-3-03

Bourguignon, Bristout #265860
Corrigan-Radgowski CC
986 Norwich-New London Turnpike
Uncasville, Ct. 06382

Inmate Bourguignon:

I am responding to your Disciplinary Hearing Appeal, in reference to the charge of Attempted Assault on a D.O.C. Employee.

The Hearing Officer is the trier of fact, I do not retry the case. My job as appellant is to determine if the Hearing Officer could have reasonably concluded, based on the evidence presented, that you committed the offense. I have reviewed the evidence and find the Hearing Officer acted with discretion.

Based on the facts presented, I find no reason to reverse or modify the Hearing Officer's decision. The finding and disposition are **AFFIRMED**.

Sincerely,

George K. Wezner
Lead Warden

GKW/

CC: File
CC: D.H.O.



# Disciplinary Hearing Appeal - Page 2
## Connecticut Department of Correction

CN 9507, Attachment G 2-15-94

Inmate name: **Bristout Bourguignon**   Inmate no. **265860**   Date **12-21-02**

**Give your reasons for appealing the decision and list the issues you want considered on appeal, including why you feel the decision was unfair, as well as any procedural concerns you may have (please print):**

Well, the hearing officers did not want to hear my side of story, obviously they didn't want to call my witnesses. My advocate counselor Southworth didn't show up at the hearing. And the investigator Brito refused to gathering evidence. Because of the failure to call of my witnesses, the Lack of evidence to support the discipline charges, my due process was violated by the prison staff.

**Describe what action you want taken in this matter (please print):**

I want you to Dismiss all the disciplinary charges include all the sanction they have against me, And I want you to discipline your staff for they misconduct.

**OFFICIAL USE—DO NOT WRITE IN THIS SPACE**

Decision:

Signature                                          Date

cc:   Inmate master file
      Hearing officer
      Unit administrator

EXHIBIT G



# STATE OF CONNECTICUT
## DEPARTMENT OF CORRECTION
MacDougall – Walker Correctional Institution
1153 EAST STREET SOUTH
SUFFIELD, CONNECTICUT 06080

**TO:** Frederick J. Levesque, Director
Offender Classification and Population Management

**FROM:** Mike Carter, Acting Warden
MacDougall – Walker Correctional Institution

**SUBJECT:** RECOMMENDATION FOR RELEASE FROM CHRONIC DISCIPLINARY STATUS

**DATE:** 4/2/03

**RE:** Bourguignon, Jean #265860

Date Placed on CDU Status: 1/9/03   No. Of Months on CDU Status: 3

I am recommending that Inmate **Jean Bourguignon, 35 years old** be considered for release rom Chronic Disciplinary status and transferred to **MacDougall.** In support of this recommendation, the following information is submitted.

1. **Current Status:** Inmate **Bourguignon** is housed in Interval II of MWCI's Chronic Disciplinary Program. He has been on CD status since **1/9/03**. His current charge **Burglary, First Degree** commenced on **9/21/01**. His total effective sentence is **7 years** with a maximum discharge date of **7/2/07**.

2. **Description of CDU Incident.** I/M **Bourguignon** was placed on CDU status due to excessive and repetitive DR History. Inmate met the criteria for placement by receiving more than 3 Class A/B Disciplinary Reports within 180 days.

3. **CDU DR History.** Inmate **Bourguignon** has received **0 DR** since being on CD status.

4. **Profile Information.**   Yes

5. **High Security Status.**   No

6. **SRG Status.**   Inmate **Bourguignon** not designated as a Security Risk Group Member.

*An Equal Opportunity Employer*