| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |   |
|---|---|---|
| PLAINTIFF<br>Bristout Bourguigon | | COURT CASE NUMBER<br>3:03cv232(RNC)(DFM) |
| DEFENDANT<br>John J. Armstrong, et al | | TYPE OF PROCESS<br>2nd amended Complaint |

PRISONER

**SERVE** ➤ **AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Britto
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Corrigan Radgowski Correctional Institution
986 Norwich New London Tpke, Uncasville, CT 06382

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Bristout Bourguigon
MacDougall Correctional Inst
1153 East Street S
Suffield, CT 06078

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

IFP/ Personally Serve / official Capacity

| Signature of Attorney or other Originator requesting service on behalf of:<br>R. Jaiman, Deputy Clerk | ☐ PLAINTIFF<br>☒ DEFENDANT | TELEPHONE NUMBER<br>(203) 579-5861 | DATE<br>4/21/05 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 14 | District to Serve<br>No. 14 | Signature of Authorized USMS Deputy or Clerk<br>Q.L.W. | Date<br>4/26/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|---|---|---|
| Address (complete only if different than shown above) | | | | Date of Service<br>4/26/05 | Time<br>1300 pm |
| | | | | Signature of U.S. Marshal or Deputy | |

| Service Fee<br>45.00 | Total Mileage Charges (including endeavors)<br>.37 | Forwarding Fee<br>ф | Total Charges<br>45.37 | Advance Deposits<br>ф | Amount owed to U.S. Marshal or<br>45.37 | Amount of Refund<br>ф |
|---|---|---|---|---|---|---|

REMARKS:

SERVED AT RECEP DESK
Angeles sedik

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Bristout Bourguignon | COURT CASE NUMBER: 3:03cv232(RNC)(DFM) |
| DEFENDANT: John J. Armstrong, et al | TYPE OF PROCESS: x Order / 2nd amended complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Southworth

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Corrigan- Radgowski Correctional Institution 986 Norwich New London Tpke Uncasville, CT 06382

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Bristout Bourguignon
MacDougall Correctional Institution
1153 east Street S
Suffield, CT 06078

Number of process to be served with this Form - 285: 2
Number of parties to be served in this case: 2
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

IFP / Personally Serve / Official Capacity

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
R. Jaiman, Deputy Clerk
TELEPHONE NUMBER: (203) 579-5861
DATE: 4/21/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 14
District to Serve No. 14
Signature of Authorized USMS Deputy or Clerk: Q.L.W.
Date: 4/26/05

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 4/29/05
Time: 1300 pm
Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45= | .37 | ∅ | 45 32 | ∅ | 45 32 | ∅ |

REMARKS:

Served at Recep Desk
Angelis Sedrik

PRIOR EDITIONS MAY BE USED     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)