**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Bristout Bourguignon | COURT CASE NUMBER: 303cv 232 (RNC)(DFM) |
| DEFENDANT: John J. Armstrong, et al | TYPE OF PROCESS: 2nd Amended Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ Advocate Southworth

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Corrrigan/Radgowski Correctional Inst
986 Norwich New London Tpke, Uncasville, CT 06078

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Bristout Bourguignon
macdougall Correctioanal Inst
1153 East Street S
Suffield, CT 06078

Number of process to be served with this Form - 285: 2
Number of parties to be served in this case: 2
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Personally Serve / IFP/ Individaul capacity

Signature of Attorney or other Originator requesting service on behalf of:
R. Jaman
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (203) 579-5861
DATE: 4/21/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 14
District to Serve No. 14
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 4/26/05

I hereby certify and return that ☒ I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Lynette Joyy — Warden's Secretary

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 5/4/05   Time: 1340 pm

Signature of U.S. Marshal or Deputy: CD USM T. R Gallucci

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.— | 46.62 | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED      **1. CLERK OF THE COURT**      FORM USM-285 (Rev. 12/15/80)

## RETURN OF SERVICE

Service was made by me on:[1]

Date _____

Name of Server (print) _____

Title _____

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant at: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: _____
Date

Signature of Server _____

Address of Server _____

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Bristout Bourguigon | 3:03cv232(RNC)(DFM) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| John J. Armstrong, et al | 2nd Amended complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Inv. Britto

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Corrigan/Radgowski Correctional Inst
986 Norwich New Lond Tpke, Uncasville, CT 06078

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Bristout Bourguigon # 265860
MacDougall Correctonal Inst
1153 east Street S
Suffield, CT 06078

| Number of process to be served with this Form - 285 | 2 |
|---|---|
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

IFP / Personally Serve / individual capacity

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER | DATE

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 2  District of Origin No. 14  District to Serve No. 14  Signature of Authorized USMS Deputy or Clerk: G.L.W  Date: 4/25/05

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Lynette Joseph - Warden's Secretary

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 5/4/05  Time: 1340 pm
Signature of U.S. Marshal or Deputy: USM TR Ball

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45. | 46.62 | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80)

## RETURN OF SERVICE

| | |
|---|---|
| Service was made by me on:[1] | Date |
| Name of Server (print) | Title |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant at: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: _____      _____
Date                                                                        Signature of Server

_____
Address of Server

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.