UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON

    v.                              PRISONER
                                    Case No. 3:03CV232 (RNC) (DFM)

JOHN J. ARMSTRONG, et al.

RULING AND ORDER

Pending before the court is the plaintiff's motion seeking to resolve a discovery dispute concerning a set of interrogatories he served on the defendants in February 2005. The plaintiff files this motion in reply to defendants' objection to his motion for an order directing defendants to cooperate in discovery. On April 18, 2005, the court denied plaintiff's motion for order. (See doc. # 33.) The present Motion to Resolve Discovery Disputes **[doc. # 30**] is **DENIED** for the reasons set forth in the court's April 18, 2005 Ruling.

Pursuant to the court's prior ruling, the plaintiff may re-serve his discovery request if he addresses it to a particular defendant. See Rule 33(a), Fed. R. Civ. P. ("any party may serve upon any other party written interrogatories. . . .")

SO ORDERED in Hartford, Connecticut, this 28th of July, 2005.

                                          /s/ Donna F. Martinez

                                          Donna F. Martinez
                                          United States Magistrate Judge