UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| BRISTOUT BOURGUIGNON | : | PRISONER<br>CIVIL NO. 3:03CV232(RNC)(DFM) |
| V. | : |  |
| JOHN J. ARMSTRONG, ET AL. | : | DECEMBER 12, 2005 |

## **APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the following defendants, Leland Southworth and Derick Brito, in their official capacities only, in the above-captioned case.

Dated at Hartford, Connecticut, this 12th day of December, 2005.

```
                            DEFENDANTS
                            John J. Armstrong, Et Al.


                            RICHARD BLUMENTHAL
                            ATTORNEY GENERAL



                        BY:__/s/_____
                            Robert B. Fiske, III
                            Assistant Attorney General
                            110 Sherman Street
                            Hartford, CT  06105
                            Tel.:  (860) 808-5450
                            Fax:  (860) 808-5591
                            E-Mail:  robert.fiske@po.state.ct.us
                            Federal Bar #ct17831
```

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 12th day of December, 2005:

Bristout Bourguignon, Inmate #265860
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080


     /s/_____
Robert B. Fiske, III
Assistant Attorney General