UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON         :
                                                                                  PRISONER
V.                           :    DOCKET NO. 3:03cv232(RNC)(DFM)

JOHN J. ARMSTRONG, et al     :

## SCHEDULING ORDER

On March 31, 2005, the court granted plaintiff leave to file a second amended complaint and also granted defendants' motion to dismiss all claims against Hebert, Delaney, Brunski, Bakanowski, Armstrong and Wezner. The court ruled that the only claim remaining is the claim that defendants Brito and Southworth violated plaintiff's Due Process rights in connection with a 2002 disciplinary hearing.

Preparation for trial should proceed at this time on claims against defendants Brito and Southworth in the second amended complaint which have not been dismissed or withdrawn. **All discovery and further proceedings in this case are limited to this claim/these claims.**

Pursuant to Rule 16(c) of the Federal Rules of Civil Procedure, it is hereby ORDERED:

1. Defendants Brito and Southworth shall file an answer or other reply to the second amended complaint within 20 days of the date of this order. **Failure to respond to the complaint in a timely manner will result in the entry of default for failure to plead.**

2. Discovery pursuant to the Federal Rules of Civil Procedure, Rules 26 through 37, shall be completed within two months (60 days) of the date of this order. Discovery requests need not be filed with the court.

3. All motions for summary judgment shall be filed within three months (90 days) of the date of this order.

4. Pursuant to Local Civil Rule 7(a), a non-moving party must respond to a dispositive motion within 21 days of the date the motion was filed. If no response is filed, or the response is not timely, the court will consider the motion to be unopposed and may grant the motion. If the motion is granted, the second amended complaint will be dismissed as to all defendants, appearing and non-appearing and the case will be closed. The case will **not** proceed to trial.

SO ORDERED this 5th day of January, 2006, at Hartford, Connecticut.

                                                                   /s/ Donna F. Martinez
                                                                   U.S. Magistrate Judge