UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON

V.

JOHN J. ARMSTRONG et al,

PRISONER
CASE NO: 3:03-cv-232 (RNC)

January 9, 2006

MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff Bristout Bourguignon, Pursuant to Rule 15 (a) (c) (1) (2) (3) Fed. Civ. R. P., Request Leave to file an amended complaint adding parties.

1. The Plaintiff alleges that on 12-10-02, he was an inmate housed in the gym over flow unit because Corrigan facility was over crowded.

2. The department of Correction administration housed the plaintiff in the gym floor at Corrigan facility illegally and the plaintiff was sleeping in the gym floor while D.O.C administration housed 200 hundred inmates sentenced and unsentenced inmates sleeping next to each other in the gym's floor.

3. The plaintiff claim that he was a subject to cruel and unusual punishment and deliberate indifference and that his eight amendment to the United States constitution was violated

4. Plaintiff in his Amended complaint dated 6-9-04, failed to added governor Jodi Rell, Commissioner John J. Armstrong, Warden George K. Werner, Director Fred Levesque.

5. The plaintiff states that the eighth amendment to the united states constitution garrantees that no prisoner shall be subjected to cruel and unusual punishment. The constitution had prohibition against cruel and unusual punishment not only prohibit certain kinds of physical punishment, such as torture, but embodies broad and idealistic concepts of dignity, civilized standards humanity and decency. The Eighth amendment requires conduct compatible with the evolving standards that mark the progress of a maturing society. Thus, the eighth amendment requires that prison official under the circumstances as I shall define them for you, must not be deliberate indifferent to prisoner's safety and security and need for protection against physical assault.

7. This court should grant leave freely to amend a complaint. Form v. Davis 371 U.S. 178, 182, 83 227 1962; Inter Royal Corp v. Sponselle 889 F. 2d 108, 112 (6th Cir.) cert denied. 496 U.S. 1091 (1990).

8. Plaintiff attached with this motion a copy of the proposed amended complaint that couples with the general rules pleading in Fed. Civ. P. Rule 8(a).

The Plaintiff
Bristout Bourguignon

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of Fed. R. Civ. P. on this 9 day of January 2006 to: Robert B. Fiske III at 110 Sherman St. Hartford, CT 06105

Bristout Bourguignon
BRISTOUT BOURGUIGNON