# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### AMENDED
## CIVIL RIGHTS COMPLAINT

BRISTOUT BOURGUIGNON

#265860
_____,
  Plaintiff(s),
(Full name(s) and prisoner number(s) if incarcerated)
(Do not use *et al.*)

v.

Case No. 3:03-CV-232 (RNC)

JOHN J. ARMSTRONG (Commissioner)
GEORGE K. WEZNER (Warden)
JODI RELL (Governor)
BRITO (Investigator)
SOUTHWORTH (Advocate)
FRED LEVESQUE (Director)

_____
  Defendant(s).
(Full name(s) and capacity, <u>e.g.</u>, official capacity, individual capacity,
or official and individual capacitites) (Do not use *et al.*)

## A. PARTIES

1. BRISTOUT BOURGUIGNON is a citizen of CONNECTICUT who
   (Plaintiff)                                    (State)
presently resides at 1153 EAST STREET SOUTH SUFFIELD, CT  06080.
                     (mailing address or place of confinement)
If plaintiff is incarcerated, provide inmate number: #265860.

2. Defendant JOHN J. ARMSTRONG is a citizen of Connecticut
             (name of first defendant)              (State)

whose address is 24 Wolcott hill Rd. Wethersfield, CT. 06109,

and who is employed as COMMISSIONER OF D.O.C.

(title and place of employment)

\* At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? __✓__ Yes ____No. If your answer is "Yes," briefly explain:

THis action aRise under and bRought PuRsuant to 42 U.S.C Sec. 1983 To The depRivation undeR Color of State Law.

3. Defendant GEORGE K. WEZNER is a citizen of Connecticut
(name of second defendant)                                    (State)

whose address is 986 NoRwich-New London TuRnPike Uncasville, CT 06382

and who is employed as WaRden at CoRRigan facility.
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? __✓__ Yes ____No. If your answer is "Yes," briefly explain:

THis Action aRise under and bRought puRsuant to 42 U.S.C Sec. 1983 To the depRivation undeR ColoR of State Law.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

____✓____   42 U.S.C. § 1983 (applies to state prisoners)

_____   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

42 U.S.C § 1985 (3), 42 U.S.C § 1986, 28 U.S.C § 1367 (A), 28 U.S.C § 1343 (a)(3), 28 U.S.C § 1331

## "A PARTIES"

4. Defendant JODI RELL is a citizen of Connecticut whose address is Executive Chambers Hartford, CT 06106 and who is employed as a governor for state of Connecticut

At the time the defendant acted under color of state law.
This action arise under and brought pursuant to 42 U.S.C. Sec. 1983 to the deprivation under color of state law.

5. Defendant FRED LEVESQUE is a citizen of Connecticut whose address is 1151 East Street South. Suffield, CT 06078 and who is employed as a director of D.O.C.

At the time the defendant acted under color of state law.
This action arise under and brought pursuant to 42 U.S.C. Sec. 1983 to the deprivation under color of state law.

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

Please see "D. Cause of Action" Attached

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Cruel and unusual punishment violation of eight amendment to the United States Constitution

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Please see "D. Cause of Action" Attached

**Claim II:** NONE

3

# "D. CAUSE OF ACTION"

## PRELIMINARY STATEMENT

This is a civil Rights action filed by BRISTOUT BOURGUIGNON, a state PRISONER, for damages and Injunctive Relief under 42 U.S.C § 1983, alleging cruel and unusual punishment and deliberate indifferent In violation of the eight Amendment to the United states constitution.

## JURISDICTION

1. THe Court has Jurisdiction over the plaintiffs claims of violation of Federal constitutional Rights under 42 U.S.C. § 1331 (a) and 1343.

2. The Court has supplemental Jurisdiction over The plaintiff's state Law tort claims under 28 U.S.C § 1367.

## PARTIES

3. THe plaintiff, BRISTOUT BOURGUIGNON, was incarcerated at CORRIGAN facility during the events decribed in this complaint.

4. Defendant JOHN J. ARMSTRONG is a commissioner for connecticut department of correction. He is sued in his individual and official capacity.

5. Defendant George K. Wezner is the warden at Corrigan facility. He is sued in his individual capacity.

6. Defendant Jodi Rell is the governor for the State of Connecticut. She is sued in her official capacity.

7. Fred Levesque is the director for Population management for D.O.C. He is sued in his individual capacity.

# "D. CAUSE OF ACTION"

## FACTS

8. ON 12-10-02, I, inmate BRISTOUT BOURGUIGNON was housed in the gym over flow because CORRIGAN PRISON was over crowded.

9. IN The gym at CORRIGAN and I was housed there illegally and I was sleeping on the floor while They housed Roughly 200 inmates sentenced and unsentenced inmates sleeping on the gym floor Next to each others,

10 The majority of these prisoners were pre-trial detainees and over nighters coming in and out of Jail because CORRIGAN is a prison and as well a County Jail,

11 While I was in the gym at CORRIGAN my observation of the leaving condition there was that the majority of these prisoners were suffering from medical health and drugs withdraw which led them not to shower properly and several times inmate vomited in the gym floor or urinated and vacated on themself in the gym floor,

12; They had no showers, at the gym at CORRigan. They had two dirty toilets for 200 hundred inmates. It was very hard for me to take a bath in the sink.

13 AT the time I was a general population inmate but yet, I was discriminated and got treated like inmate at punitive segregation unit.

14 While at the gym at CORRigan I was allowed to used loss of commissary sheet so I can order cosmetics and while other inmate in

general population can order food, shower and have they own cell.

15. The prison was over crowded and I don't know why The D.O.C population management sent me to live in an over crowded prison and I don't why I had been punished.

16 I should not be punished for D.O.C. administrative Reasons or decision. Its not my problem that D.O.C can't come with a different solution for over crowded. Housing 200 inmates in this fashion in the gym and denied me privileges. Like other inmates in general population, constituted cruel unusual punishment and vidation of the eight amendment.

17. During my stay at the gym not one time was the floor swept or mop, the gym floor was filty and dirty.

18. After a week living in this unhealthy environment and I started feeling sick and I caught a light flu symton and my back was killing me from sleeping on the gym floor.

19. On 12-12-02, I wrote to the warden george K. Wezner and I ask him to move me out the over crowded gym. I told warden Wezner that I was placed in the gym illegally.

20 On 12-12-02, I filed an inmate grievance form A, Level 1 stated that gym was over crowded and I was put in the gym with 200 hundred inmates and I told them that I couldn't sleep and I was sick because of unsanitized environment and the gym did not meet the safety standards and the living condition.

21. On 1-17-03, the warden at Corrigan Prison facility George K. Wezner denied my grievance and he stated. my grievance is not grievable because condition in gym meet health and safety standards.

22. On June 5, 2003 I wrote to the commissioner John J. Armstrong complaining about the over crowded gym condition and misconduct of his employees.

23 On February 25, 2003, Commissioner John J. Armstrong wrote me back and stated that there is no evidence to support my claim.

24 The connecticut health department Reported the living condition at gym at corrigan prison to be unhealthy, hazardous and over capacity. The connecticut department closed the gym about 3 times for living condition.

PLAINTIFF

Bristout Bruguygm

NoNe

Supporting Facts:

**Claim III:**                    NoNe

Supporting Facts:

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
____√____ Yes _____No.  If your answer is "Yes," describe each lawsuit.  (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

   a.  Parties to previous lawsuit:

Plaintiff(s): BRISTOUT BOURGUIGNON

Defendant(s): John J. ARMSTRONG et al

   b.  Name and location of court and docket number 3:03-CV-232 (RNC)

   c.  Disposition of lawsuit.  (For example, was the case dismissed?  Was it appealed?  Is it still pending?)
Pending

   d.  Issues raised: violation of due process, excessive force, Cruel and unusual punishment, assault and batteries

   e.  Approximate date of filing lawsuit:_____

   f.  Approximate date of disposition: _____


2.  I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D.    _____Yes    √ No.

If your answer is "Yes," briefly describe how relief was sought and the results.


3.  I have exhausted available administrative remedies.   √ Yes _____ No.
    If your answer is "Yes," briefly explain the steps taken.  Attach proof of exhaustion.
    If your answer is "No," briefly explain why administrative remedies were not exhausted.

1. I filed Level 1, 2, 3 grievances
2. Inmate Request to Warden Werner
3. a Letter to commissioner Armstrong January 15, 2003
4. Grievance return without disposition from Counselor Cooper
5. Please see proof attached as to exhaust administrative Remedy.
6. A letter from commissioner Armstrong dated 2-25-2003



# Grievance Return Without Disposition
## Connecticut Department of Correction

CN 9604
Rev.
1/7/04

| Inmate name  Bourguignon, Bristout | Inmate no  #265860 |
| --- | --- |

| Facility  MWCI (MacDougall Bldg) | Housing unit  H-75 | Date  20 SEP 05 |
| --- | --- | --- |

Return log number   137-06-~~R051~~  R053

**Your attached grievance is being "Returned Without Disposition" for the following reason(s).**

Pursuant to Administrative 9.6, Inmate Administrative Remedies, Section 10:  A grievance may be **Returned Without Disposition** to the inmate for:

1.  ☐   An inmate shall attempt to resolve a problem through the Inmate Request System prior to filing a grievance.  The inmate shall attach the Inmate Request Form, CN 9602 containing the staff member's response.

2.  ☐   A grievance must be filed on the Inmate Grievance Form, CN 9601.

3.  ☐   Each grievable matter shall be submitted on a separate Inmate Grievance Form.

4.  ☐   The grievance and the action requested should be stated simply and coherently.

5.  ☐   The length of the grievance shall be restricted to the space available on the face of the grievance form and one additional page.

6.  ☐   The grievance shall be free of obscene or vulgar language or content.

7.  ✓   Exceeds appeal time frame

**You may resubmit when the grievance is in compliance with Administrative Directive 9.6, Inmate Administrative Remedies, Section 10, subsections A through E.**

| Grievance Coordinator | CC Cooper | Date   20 SEP 05 |
| --- | --- | --- |

# Inmate Grievance Form B, Levels 2 and 3

CN 9601B
7-1-98

## Connecticut Department of Correction

| Inmate name BRISTOUT BOURGUIGNON | Inmate no. 265860 |
|---|---|

| Facility McDougall | Housing unit H-75 | Date 9-6-05 |
|---|---|---|

☑ Line grievance   ☐ Line emergency   ☐ Health grievance   ☐ Health emergency

| IGP no. 140-03-244 | T no. |
|---|---|

Use this form to appeal a Level-1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level-1 response; deposit it in the box for inmate grievances.

Appeal. I am appealing the Level-1 decision because The grievance coordinator at Corrigan failed to Respond to my Level 2 grievance dated 1-20-03 and level 3 dated 2-21-03

| Inmate signature Bristout B Bourguignon | Date 9-6-05 |
|---|---|

## FOR OFFICIAL USE ONLY. LEVEL 2 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|

Reasons

Level-2 reviewer

☐ This grievance may be appealed within 5 days to Level 3

☐ This grievance may not be appealed to Level 3 (see A.D. 9.6, Sect. 17)

Appeal. I am appealing the Level-2 decision because

| Inmate signature | Date |
|---|---|

Deposit your appeal in the box for inmate grievances.

## FOR OFFICIAL USE ONLY. LEVEL 3 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|

Reasons

Level-3 reviewer

# Inmate Grievance Form B, Levels 2 and 3
## Connecticut Department of Correction

CN 9601B
7-1-98

| Inmate name Bristout Bourguignon | Inmate no. 265860 |
|---|---|

| Facility Corrigan | Housing unit Gym | Date 1-20-03 |
|---|---|---|

| ☐ Line grievance | ☐ Line emergency | ☐ Health grievance | ☐ Health emergency |
|---|---|---|---|

| IGP no. 140-03-244 | T no. |
|---|---|

Use this form to appeal a Level-1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level-1 response; deposit it in the box for inmate grievances.

Appeal. I am appealing the Level-1 decision because I need to know why housing/classification is not grievable and I need to know why I had been placed in a gym.

| Inmate signature Bristout Bourguignon | Date 1-20-03 |
|---|---|

## FOR OFFICIAL USE ONLY. LEVEL 2 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|

Reasons

Level-2 reviewer

☐ This grievance may be appealed within 5 days to Level 3

☐ This grievance may not be appealed to Level 3 (see A.D. 9.6, Sect. 17)

Appeal. I am appealing the Level-2 decision because

| Inmate signature | Date |
|---|---|

Deposit your appeal in the box for inmate grievances.

## FOR OFFICIAL USE ONLY. LEVEL 3 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|

Reasons

Level-3 reviewer

EXHIBIT 7                              B-5

## Inmate Grievance Form A, Level 1
### Connecticut Department of Correction

CN 9601/1
Rev. 10/07/02

Inmate Name BRISTOUT BOURGUIGNON    Inmate no. 265860

Facility CORRIGAN    Housing unit GYM    Date 12-12-02

- [ ] Line grievance
- [ ] Line emergency
- [ ] Health grievance
- [ ] Health emergency

1. Informal resolution. Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

WARDEN WEZNER have a copy of my Request.

2. Nature of grievance. Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8 ½ by 11 inch sheet of paper and attach it to this form.)

Put in the Gym with 200 hundred inmates. overcrowding, I was sleep. I was sick, too much dirt on the floor, I couldn't was unsanitized. too many sick inmates with AIDS, the Gym hypatite lice, mice, flu, They had no showers, no hot water, toilet was dirt

3. Action requested. Describe what action you want taken to remedy the grievance. I am holding prison official responsible for violated my eight Amends, my fourteen Amends and the condition at the gym was cruel and unusual punishment. Prison official were deliberate indifference and negligence. The official knows of and disregards and excessive risk to my health and safety.

Inmate signature Bristout Bourguignon    12-13-02

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY – LEVEL 1 REVIEW

IGP no. 140-03-244    T no.

Date received 12-18-02    Disposition Denied    Date of disposition 1-17-03

Grievance issue    Not grievable

Reasons    Housing / classification is not grievable. Conditions in Gym meet health/safety standards, despite I/m claim. (i.e. Daily showers, Rec, Relief, etc)

Level 1 reviewer

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

Inmate Name
BYSTOUT BOURGUIGNON

Inmate no.
265860

Facility
CORRAGAN C.I

Housing unit
GYM

Date
12-12-02

Submitted to
George K. Werner

Request
I need you to get me out the over crowded gym because I was placed there illegally

Sincerely
Bustout Bourguignon

(continue on back if necessary)

Previous Action Taken

(continue on back if necessary)

Acted on by (print name)

Title

Action Taken and/or Response

(continue on back if necessary)

Staff Member Signature

Date

J.

Bristout Bourguignon #265860
Walker special Unit
1151 EAST Street south
Suffield, CT 06078

January 15, 2003

commissioner of Correction
John J. ARMstrong
24 Wolcott Hill Rd.,
Wetherfield, CT 06109

Dear Commissioner

     I am curently an inmate at walker special
unit. I know The department of correction shall protect
the public, Protect staff, and ensure a secure, safe
and human environment for offenders in a climate
that promotes proffessionalism, respect, integrity,
dignity and excellence. I also know that the depart-
ment of Correction shall follow the state rules and
regulations.

     on 12.15.02, at 3:00 Am at
Corrigan. I, inmate Bristout Bourguignon #265860
was housing in the Gym 109 overflow with 150 unsentenced
inmates. Inmate Jay andrews #168614 housed in the
Gym 109 overflow. Jay Andrews had come to my
bunk and asked me if he can borrow my paper pad.

②

I let inmate Jay Andrews borrow my paper,pad so he can do his legal work. I know Jay Andrews was complaint about the living condition in the overcrowding Gym over-flow. Inmate Jay Andrews wrote a petition about the living conditions in the Gym against the Corrigan-Radowski facility for violated the standard of inmates living conditions. Lieutenant william heard Inmate Jay Andrews was talking to another inmate about the living conditions in the Gym and Lt willi went and took his legal papers by force and took him to segregation.

I, inmate Bristout went to gyms office and asked one of the officer that was working. I told him that Inmate Jay Andrews got my papers,pad. I told the officer that I need it back. (see the video evidence on 12-15-02, at 3:00 AM)

On 12-15-02, at 4:15 AM at corrigan-Radowski. I, inmate Bristout was sleeping in the gym floor when one of the officer woke me up and told me to report to the Lt's office. When I got upstairs (stairs4) I open the door through the hall way, I saw 2 whites lieutenants and 10 whites officers were waiting for me in the hall way, and then, without warning lieutenant william and delaney strike me with punches in my stomach and rib cage. And all the sudden I was in a ritual circle surrounding with 2 whites lieutenants and 10 officers (see the video

③

evidence on 12-15-02, at 4:15 AM) Lieutenant William
and Lt Delaney and staff attack me, punch me, kick
me between my lower back and buttocks lots of time.
At the time my intention was to open the stairs y
door, and jump 15 feet down the stairs for freedom.
Both lieutenants and staff went after me at that
time. I was surrounding with vicious people. I surrender and
put my arms behind my back and then I was hand-
cuffs. Lieutenant William and Lieutenant Delaney and
staff became escalated and aggrevated and abusive.
They used an oleo resin capsicum a utilizing a capstun
Z-305 about 6 or 7 times on me at the time I was
handcuffs and restraint. The Lts and officers weren't
happy about people who talk about the living condition
at the gym. They told me " You talk, you get fuck up"
The Lts an staff were evil and vicious and they kept
hitting me, punching and kept spraying me with
the pepper sprays all over again it was crucial.
while, I was laying face down on the floor and hand-
cuffs Lieutenant william kicked me 7 or 8 times
in my anus. After the incident they took me to
the medical hospital for treatment. while I was
there, I asked the third shift nurse to call
the lieutenant supervisor that I want to press
charges against (ags) The Lieutenants and staff
for physically, emotionally, psychollogically abuse
me as an inmate. They refused to call Troop-E.

As you were aware of that the Eighth Amendment, which forbids cruel and unusual punishment govern the living conditions of convicted prisoners. The fact is, I am a sentence inmate, my condition at the Gym was cruel and unusual and that other convicted prisoner conditions are better especially degrading or abusive conditions are unconstitutional even if imposed for short period of time

Lieutenant william and lieutenant Delaney and staff were acting deliberate indifference and negligence. Corrigan admisnistration knows of and disregards an excessive risk to my health or safety. As a sentence inmate I must be provided with shelter which does not cause me degeneration or threaten to my mental and physical well being. A prison that fails to provide safe and adequate shelter may be order closed.

The Law condemned over crowding that result in inmates sleeping on floors, in corridors or in other spaces not designed for housing and the Law have held that state prison officials may required to relieve local jail crowding that result from a back up of "state ready" convicted felons.

The constitution requires prison and jail official to prove " reason able safety " for prisoners. They must protect them from assault

by staff or other inmates from unreasonbly Hazadous living and working conditions, and Must refrain from subjecting them to the unnecessary and excessive use of force.

My first amendment was violated and Lt Delaney and Lt william and staff retaliated against me for exercising my freedom of expression. I can't really speak my mind about the gym situation. No shower in the Gym, 2 toilet for 150 inmates. I am a general population inmate, Yet I was discrimated treated like inmates in segregation. This is not fair and constitutes discrimination and bias. I should not be punish for D.O.C administrative reasons or dicisions. It's not my fault that D.O.C can't come with a different solution for over crowding Housing with 150 in-mates in this fashion in a Gym and denying me Pivileges of other general population constitutes bias and discrimination on Department of correction. Having 150 inmates sleep that close and providing me with only 2 toilets, and smelly unsanitized environment constitutes cruel and unusual punishment. In the Gym: 1) sentenced and unsentence inmates together. 2) shower at different writ with other Potential enemies. 3) No Fires escapes, 150 inmates trambling on each other to Death, No Doors open, No safety Hazard. 4) Bunks too close, novents, stinking

unsanitized.

corrigan Prison officials maliciously use force to cause harm and the administration management encourage staff to indulge in excessive physical violence by rarely investigating reports of violence and failing to take corrective disciplinary action against officers whom they new to have brutalized inmates. As a matter of fact the physical force use against me was neither minor or petty and I recieved injuries as a result.

Because of the incident I suffered blows that caused bruises, swelling, Back injuries, knees injuries, lower back pain, I have pain, in my anus, and pain in my legs. If the corrigan had provided me with housing I would not be in this predicament. They sent me to seg for 30 days and after that I was ship to chronic walker special unit for another 120 days.

### Relief

My 1st, fourth, 8th, and fourtheen amendment was violated by Lt william and Lt delaney and staff. I am seeking release from prison immediately and also that Both of lieutenants and staff get remove from their position as soon as possible.

respectfully submitted

Bristout Bourguignon
# 265860

<u>Wherefore:</u> I declare that under penalty of perjury that the foregoing is true and correct and I, inmate Bristout Bourguignon request that the commissioner of correction take action against Lieutenant william and Lieutenant Delaney and staff for their abusive behavior.

BRISTOUT Bourguignon
inmate # 265860

Sworn to before me this
15 day of January 2003

NOTARY Public

# STATE OF CONNECTICUT

## DEPARTMENT OF CORRECTION

### 24 WOLCOTT HILL ROAD

### WETHERSFIELD, CONNECTICUT 06109

John J. Armstrong
Commissioner

Telephone: 860-692-7481
Fax: 860-692-7483

*February 25, 2003*

*Bristout Bourguignon #265860*
*MacDougall-Walker Correctional Institution*
*1151 East Street South*
*Suffield, Connecticut 06078*

*Dear Mr. Bourguignon:*

*This letter is in response to your correspondence dated January 15, 2003 concerning alleged staff misconduct.*

*After reviewing all relevant documentation, it has been determined there is no evidence to support your assertion that correctional staff acted in an unprofessional manner while performing their duties on December 15, 2002.*

*Issues such as this should first be addressed at the local institutional level. Your Unit Counselor, Unit Manager, Lieutenant, or other administrative staff in the chain of command are willing and able to assist you with any future issues that might arise.*

*Sincerely,*

*John J. Armstrong*
*Commissioner*

*JJA/jab*

*cc:*    *Brian K. Murphy, Lead Warden*
         *Cynthia Shea, Counselor Supervisor*
         *File*

## F.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are incarcerated and proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Please describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS."
   If you are not incarcerated, go to section G.

  a.  Parties to previous lawsuit:

Plaintiff(s):_____NONE_____

Defendant(s):_____NONE_____

  b.  Name and location of court and docket number _____NONE_____

  c.  Grounds for dismissal:  ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

  d.  Approximate date of filing lawsuit:_____NONE_____

  e.  Approximate date of disposition: _____NONE_____


2. Are you in imminent danger of serious physical injury? ____ Yes __✓__ No.
   If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

## G. REQUEST FOR RELIEF

I request the following relief:

" PLEASE See G. REQuest FOR Relief
FORMS attached "

6

## H. JURY DEMAND

Do you wish to have a jury trial? Yes ___✓___    No_____

_____        _____
Original signature of attorney (if any)        **Plaintiff's Original Signature**

_____

_____

_____
Attorney's full address and telephone

## DECLARATION UNDER PENALTY OF PERJURY

    The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at __McDougall__    on __1-9- 2006__ .
          (location)            (date)

_____
**Plaintiff's Original Signature**

7

# G. REQUEST FOR RELIEF

## CLAIMS FOR RELIEF

1. The action of defendant John J. ARMSTRONG in cruel unusual punishment against the plaintiff without need or provocation or in failing to intervene to prevent the misuse of power and failed to provide the plaintiff a secure of health and safety and secure environment, constitutes eight amendment violation.

2. Commissioner ARMSTRONG is legally Responsible for the drafting, approving distribution and enforcement of rules, regulation and policy directive also uniformity throughout the state of Connecticut correctional facilities.

3. He is Responsible for the Security must secure the health, safety and welfare throughout the Connecticut state prison, Regardless of an inmate's creed, color, class, Religious principles and pratices.

4. The plaintiff wrote defendant ARMSTRONG on January 15, 2003, complaining about the gym condition. The defendant has the authority and the Responsibility to investigate all matter brought against prison condition. Instead the defendant ARMSTRONG wrote the plaintiff back and denied all allegations against his prison condition. see both letters dated 1-15-2003 and 2-15-2003 as to exhaust administrative Remedy.

5. The _____ _____ of defendant George K. Wezner
failed to investigate all inmate complaints
and take any corrective action whenever appro-
priate.

6. Defendant George K. Wezner, He is also subject
of the supervision of defendant Armstrong and
is legally responsible for maintain the orderly ad-
ministrative operation at the Corrigan-Radaws
ki correctional center.

7. The plaintiff wrote defendant Wezner a Request
on 12-12-02 about the gym condition, the de-
fendant has the authority and Responsibility
to investigate all matter brought against pri-
son condition, Instead defendant Wezner
wrote back in the plaintiff grievance stated
that his grievance is not grievable.

8. Both defendants Armstrong and Wezner
are to be held liable at a civil right action for
violated the plaintiff eight amendment to
the united states constitution, constituted
deliberate indifference and unusual punishment.
A Supervisor "ect" must have known or per-
sonally involved in conduct, or failed to stop
bad conduct once informed of it at any stage
when informed from the begining alleging
that warden, and the commissioner approved
alleged constitutional violations against the
Plaintiff, 42. U.S.C.A 1983.

9. The failure of defendant Jodi Rell to pro-
ve a competent commissioner to protect all
inmates, constitutes the tort of negligence
under U.S.C. § 1983.

10. The failure of defendant FRED LEVESQUE
to provide a safe and secure environment
Constitutes deliberate indifference and
cruel and unusual cruel punishment under
the Eight amendment to the united states
Constitution.

Relief Requested

Where fore, Plaintiff Request that the Court grant the following Relief:

A. Issue a declaratory Judgment stating that:

1. The physical abuse of the plaintiff by defendants ARMSTRONG), WERNER, Jodi Rell, FRED Levesque violated the plaintiff's Right under the Eight Amendment to the United and constitutes cruel and unusual punishment under the Federal Law.

B. Issue an injunction ordering defendant Jodi Rell

1 Release the plaintiff from state prison and never allowing the plaintiff or other inmates to housed in a over crowded gym or over crowded Jail.

C. Award compensatory damages in the following amounts,

1 $100.000 Jointly and severally against defendants ARMStrong, Jodi Rell, Werner, FRED Levesque For housed the plaintiff' in the gym Illegally and emotional Injuries sustained as a Result of Sleeping on the gym floor.

D. AWARD punitive damages in the following amounts:

1. $50,000 each against defendants ARMStrong, Rell, Werner, FRed.

PLAINTIFF
Bristant Baynggum