UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Bristout Bourguignon

V.

Brito and Southworth, et al

PRISONER

NO.3:03cv232(RNC)

February 2, 2006

## MOTION FOR A SETTLEMENT CONFERENCE

Pursuant to rule 16 (a)(5) F.R.C.P. The plaintiff ask the Honorable Magistrate Judge William I.Garfinkel to arrange a time and place for both the pro se plaintiff and the defendants' counsel Mr. Robert B, Fiske, III to have a settlement conference on the plaintiff pending cases.

Wherefore the plaintiff ask the court to grant him this motion in all aspects.

The plaintiff

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 2nd day of february, 2006:

Robert B, Fiske,III
Assistant Attorney General
110 sherman street
Hartford, CT. 06105

Bristout Bourguignon