UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRISTOUT BOURGUIGNON | : | PRISONER<br>CIVIL NO. 3:03CV232(RNC)(DFM) |
| V. | : | |
| JOHN J. ARMSTRONG, ET AL. | : | FEBRUARY 27, 2006 |

### APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for defendants Derick Brito and Leland Southworth, in their individual and official capacities only, in the above-captioned case.

Dated at Hartford, Connecticut, this 27th day of February, 2006.

DEFENDANTS
John J. Armstrong, Et Al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:__/s/_____
Robert B. Fiske, III
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel.:  (860) 808-5450
Fax:  (860) 808-5591
E-Mail:  robert.fiske@po.state.ct.us
Federal Bar #ct17831

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 27th day of February, 2006:

Bristout Bourguignon, Inmate #265860
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

 /s/
Robert B. Fiske, III
Assistant Attorney General