UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRISTOUT BOURGUIGNON | : | PRISONER |
| V. | : | NO.3:03CV232(RNC) |
| ARMSTRONG, ET AL | : | FEBRUARY 28, 2006 |

FILED

2006 FEB 28  P 2: 29

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

### MOTION TO PRESERVED EVIDENCE OF DOCUMENTS

The plaintiff in this above entitled case request the court to preserved the following evidence of documents:

1. Aura video tapes of the gym recorded and documented at corrigan prtaining the over-crowded gym dated 12-12-02.

2. Aura video tapes of the gym recorded and documented at corrigan pertaining to the incident at corrigan dated 12-15-02.

3. Aura video tapes escort by officers to medical recorded and documented at corrigan pertaining to the incident dated 12-15-02.

4. All monitoring devices used, all incident reports, medical report and use of force reports and tangible things in the possession, custody or other evidentiary that are relevant to the incident at corrigan dated 12-15-02.

5. A copy of the plaintiff petition mentioned and documented by staff at corrigan pertaining to the incident dated 12-15-02.

6. Full and complete list of all inmates names that were housing in the gym at corrigan pertaining to the incident dated 12-15-02.

THE PLAINTIFF

Bristout Bourguignon
Pro. Se

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on February 28, 2006: Robert Fiske, III Assistant Attorney general at 110 sherman street, Hartford, Conn. 06105

Bristout Bourguignon