UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON
vs.
ARMSTRONG, et AL

2006 APR 24 P  PRISONER
U.S. DISTRICT COURT

NO. 3:03cv232 (RNC)

APRIL 24, 2006

## MOTION TO COMPEL DISCOVERY

THE PLAINTIFF moves pursuant to Rules 33, 36, 34 (a)(B)(C), Fed.R.Civ.P., for order compelling the defendants Brito and Southworth, et al to produce for inspection and copying the plaintiff's Interrogatories, Plaintiff Request for admission and the plaintiff Request for production of Documents Requested January 24, 2006.

THE PLAINTIFF
Bristout Bourguignon

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent to the following on this day 24 April, 2006 to:

Robert B. Fiske, III
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

BRISTOUT BOURGUIGNON # 265860
CORRIGAN C.I
986 Norwich New London Tpke
Uncasville, CT. 06382

Bristout Bourguignon

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON

2006 APR 24 P 3:32
U.S. DISTRICT COURT

PRISONER
NO. 3:03 CV 232 (RNC)

v.

ARMSTRONG, et al,

APRIL 24, 2006

### AFFIDAVIT IN SUPPORT OF MOTION TO COMPEL

BRISTOUT BOURGUIGNON, being duly sworn deposes and says:

1. I am the Plaintiff in this case. I make this affidavit in support of my motion to compel.

2. On January 24, 2006, I Requested Interrogatories, production of documents and Request for admission, which attached to this affidavit as exhibit A.

3. On February 1, 2006, Plaintiff submitted a letter to the defendants' counsel asking to comply with the court Ruling in order to serve defendants discovery pursuant to F.R.C.P. Rule 26 through 37 shall be completed within two months (60 days) court order dated 1-5-06. See letter attached as exhibit B.

4. On February 17, 2006, defendants' counsel filed a motion for extension of time to provide discovery within 45 days. It's been more than 45 days, defendants' counsel made no effort to provide discovery. See defendants' counsel motion attached as exhibit C.

Wherefore, the Plaintiff ask the court to grant this motion in all respects.

The Plaintiff
Bristout Bourguignon