Office of the Attorney General
STATE OF CONNECTICUT

FEBRUARY 1, 2006

Exhibit B

Mr. Robert B. FISKE. III
Assistant Attorney General
Mackenzie Hall
110 sherman street
Hartford, CT. 06105-2294

RE: Bourguignon V. BRITO, AND SOUTHWORTH, et al no.3:03cv232 (RNC)
================================================================

Dear Mr. Robert,

    I am in receipt of your letter dated January 30, 2006, please be adviced that I was directed by the court ruling in order to serve defendants discovery pursuant to the federal rules of civil procedures, rule 26 through 37 shall be completed within two months (60 days) OF THE DATE OF THE COURT ORDERED dated January 5, 2006. At this time I want you to disregard all my outstanding discovery requested before January 24, 2006, and I only want you to answer to my new requests for admission, new interrogatories, and new productionn of documents dated January 24, 2006. Please be adviced that failure to respond to my discovery requested within 30 days with the court odered dated January 5, 2006, will leave me no options but to file a motion to compel with the court.

I thank you for your full cooperation with the court ordered dated january 5, 2006.

Respectfully Submitted

Bristout BOURGUIGNON
NO. 265860
PRO SE