Exhibit C

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRISTOUT BOURGUIGNON | : | PRISONER |
| *Plaintiff* | : | CIVIL NO. 3:03CV232(RNC). |
| | : | |
| v. | : | |
| | : | |
| ARMSTRONG, ET AL | : | |
| *Defendants* | : | FEBRUARY, 17, 2006 |

## MOTION FOR EXTENSTION OF TIME TO PROVIDE DISCOVERY

The undersigned counsel for the defendants respectfully moves, pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, for a forty-five day extension of time to provide responses to the plaintiff's Request for Production of Documents, Admissions and Interrogatories, all dated January 24, 2006.

The plaintiff recently directed the undersigned by letter to disregard his earlier discovery requests and instead, substitute them for the new requests dated January 24, 2006. Although the plaintiff makes the same error he had in earlier requests, that is, directing his requests to two individuals in the same request, rather than individually as required, the undersigned, in the interests of efficiency given the age of this case, will nevertheless provide responses as written.

This is not the defendant's first request for an extension of time to respond to discovery, but the number of requests to date have been minimal. However, because of the age of this case and the large number of requests, the defendants will need additional time to provide the plaintiff

with his responses. If this request is denied, it will be severely prejudicial to the defendants, but if granted, will not unduly prejudice the plaintiff. The plaintiff is an incarcerated individual in the custody of the Department of Correction and thus his position with respect to this Motion is unknown.

WHEREFORE, for the foregoing reasons, the defendants respectfully request that their motion for a forty-five day extension of time to provide responses to the plaintiff requests for discovery be granted.

DEFENDANTS
John Armstrong, Et Al

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Robert b. Fiske, III
Assistant Attorney General
Federal Bar No. 17831
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Fax: (860) 808-5451
e-mail: robert.fiske@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this, the 17th day of February, 2006, first class postage prepaid to:

Inmate Bristout Bourguignon, #265860
Osborn Correctional Institution
P.O. Box 100
Somers, CT 06071

_____
Robert B. Fiske, III
Assistant Attorney General