UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

BRISTOUT BOURGUIGNON

Vs.

ARMSTRONG et al,

2006 APR 24 P 3:32  PRISONER

DISTRICT COURT

NO. 3:03 CV 232 (RNC)

APRIL 24 2006

BRIEF IN SUPPORT OF MOTION TO COMPEL DISCOVERY

Statement of the Case

This is a § 1983 action filed by a prisoner at Corrigan correctional facility seeking a declaratory, compensatory, punitive damages and injunction Relief based on the violation of due process of Law.

Statement of facts

On January 24, 2006, the Plaintiff filed a Request for Interrogatories, Plaintiff Request for admission and Request for Production of documents pursuant to Rules 33, 36, 34 (a)(b)(c), F.R.C.P., As set forth in the Plaintiff is affidavit, the defendants failed to provide the Plaintiff the Information Requested. The defendant had a 45 days extension of time from the date the motion was filed. But, Defendants' Counsel has not Responded to the plaintiff entire Request. Defendants' counsel doesn't make any efforts to Resolve the dispute. See plaintiff's affidavit at 2-5.

ARGUMENT

The Kind of information sought is highly Relevant to this case. The plaintiff has information

that repeated complaints about mistreatment of inmates have been made about those two defendants, and nothing has been done about them. Evidence to that effect would be highly relevant. Foley v. City of Lowell, Mass., 948 F.2d 201, 205-06 (8th Cir. 1992); Gutierrez-Rodriguez v. Cartagena, 882 F.2d 553, 572-75 (1st Cir. 1989); Fletcher v. O'Donnell, 867 F.2d 791, 794 (3d Cir. 1989);

This evidence may also support the claims against Investigator Brito and Counselor Southworth themselves. Evidence of prior incident of abuse by prison or law enforcement personnel have been admitted by several courts as relevant to "motive, opportunity, intent, preparation, plan, knowledge, identify, or absence of mistake". See Ismail v. Cohen, 899 F.2d 183, 188-89 (2d Cir. 1990)

For these reasons the material sought is relevant and should be produced and the court should grant this motion.

The Plaintiff
*Bristout Bourguignon*

## Certification

I hereby certify that a copy of the foregoing was mailed to this day of April 24, 2006, to:

Robert B. Fiske III
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

*Bristout Bourguignon*
Bristout Bourguignon