UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2006 MAY -9 P 2 34

BRISTOUT BOURGUIGNON

V.

JOHN ARMSTRONG, ET AL.

PRISONER
CASE NO. 3:03CV232 (RNC)(DFM)

### ORDER OF REFERENCE

The parties to this action have consented to the exercise of jurisdiction by a United States Magistrate Judge. The plaintiff signed the attached consent form on October 31, 2003, and the defendants signed the attached form on December 28, 2005.

It is hereby ordered that the case be referred to the Honorable Donna F. Martinez, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with the provisions of Title 28, United States Code, Section 636(c), Federal Rule of Civil Procedure 73 and the consent of the parties.

SO ORDERED this 9 day of May, 2006, at Hartford, Connecticut.

Robert N. Chatigny
United States District Judge

JAN 11 2006

UNITED STATES DISTRICT COURT         NOV 10 2003

DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON          :         PRISONER
                              :         CASE NO.  3:03CV232(RNC)(DFM)
V.                            :
                              :
COMMISSIONER JOHN ARMSTRONG,  :
ET AL                         :
                              :

### CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

10-31-03                       *[signature]*
Date                           Signature of Plaintiff(s)

                               BRISTOUT BOURGUIGNON
                               Printed/Typed Name

12-28-05                       *[signature]*
Date                           Signature of Defendant(s)

                               Robert B. Fiske
                               Printed/Typed Name

RETURN THIS FORM TO THE CLERK OF THE COURT IF YOU CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE. DO NOT SEND A COPY OF THIS FORM TO ANY DISTRICT JUDGE OR MAGISTRATE JUDGE.

DEC 20 2005