UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON

v.                                          CIV. NO.   3:03cv232(DFM)

JOHN J. ARMSTRONG, et al

## NOTICE TO PARTIES

This file is now being maintained in Hartford.

You should file all future filings with the Office of the Clerk, United States District Court for the District of Connecticut at 450 Main Street, Hartford, CT 06103.

You should no longer include the prisoner designation over the case number on any document filed in this action.

If you have inquiries regarding the status of your case, you should contact the Hartford Clerk's Office at (860) 240-3200.

Dated this 18th day of May, 2006, at Bridgeport, Connecticut.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK