UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON
V.
ARMSTRONG, et al

Case No. 3:03-CV-232 (DFM)

JUNE 8, 2006

## MOTION FOR ORDER AND FOR ACTION

Pursuant to Rule 37(a)(2)(b)(2)(A)(B) F.R.C.P. The Plaintiff request the court to grant this motion for the following Reasons:

1. The defendants failed to comply with court order dated May 3, 2006.

2. The Court granted the defendants' motion for extention of time doc.#47 to Respond to Plaintiff's January 24, 2006 Interrogatories and Request for production and Request for admission. The Court gave the defendants twenty days from the Court order.

3. The Defendants failed to comply with Court order and never serve their Responses to the above discovery Request by the plaintiff.

4. On June 7, 2006, the Court order a telephonic settlement conference and order Atty. R. Fiske to initiate the conference call to chambers at (860) 240-3605 with the Plaintiff on the line.

5. ATTY. R. Fiske Failed to comply with court order and did not initiate the conference call to chambers with the plaintiff on the line.

6. The plaintiff Request the court to sanction the defendants for failure to comply with Court order dated May 3, 2006, and treated this case as a Contempt of court for failure to obey any orders. The plaintiff ask the court to sanctions the defendants and make them pay court cost and attorney fees.

7. The plaintiff Request the court to sanction Atty. R. Fiske for failure to comply with court order dated June 7, 2006, and treated this case as a Contempt of court for failure to obey any court orders. The plaintiff ask the court to grant him any Relief Requested from the plaintiff Amended Complaint for the violation of due process against him by the defendants.

Wherefore, the plaintiff asks the Court to grant him this motion in all aspects.

                    The Plaintiff
                    *Bristout Bourguignon*

## CERTIFICATION

I hereby certify that the foregoing motion was sent first class on June 8, 2006, to: Atty. R. Fiske at 110 Sherman St., Hartfort, CT. 06105-2294.

                    *Bristout Bourguignon*
                    BRISTOUT BOURGUIGNON