UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON
v.
ARMSTRONG et. al

NO. 3:03-CV-232(DFM)

MOTION FOR APPOINTMENT OF COUNSEL AT TRIAL

Plaintiff respectfully moves this honorable court to use its discretionary power under 28 U.S.C. Sec. 1915 and pursuant to Rule 9(b) and Rule 17(c) of the Federal Rules of Civil Procedure, to appoint counsel to represent the plaintiff in the above entitled case. The plaintiff ask the court to grant this motion to the following:

1. Plaintiff is unable to afford counsel to represent himself in the above entitled proceeding due to his indigent financial status.

2. Plaintiff strongly believes that he is unable to do an adequate job of representing himself in the above entitled proceeding because:

(A) The legal issues are complicated and the legal jargon is incomprehensible to the plaintiff, thus deffering him from making the appropriate and necessary steps needed within the guidelines and or mannerism of federal civil procedures to ensure due process of law to be served.

(B) Plaintiff does not know how to support this petition on law, and there were evidence, witnesses, D.O.C. administrative on his behalf, but unfortunately plaintiff cannot get all the evidence, witnes-

ses, while being in prison without necessary assistance.

(C) Plaintiff is unable to submit a pre-trial memorandum and support memorandum of law due to his inability to understand & execute procedural and the structural process of details pertaining to thus, that is overwhelmingly contributed by the conditions affecting him listed herein — which will no doubt hinder the fairness in due process of law if not acknowledged.

(D) Plaintiff is experiencing significant difficulties with his concentration and focusing efforts, short term memory loss, severe anxiety attacks, erratic and involuntary muscle spasms, possibly some symptoms of depression, severe migrain headaches, and the uncontrolable inability to stay calm and to feel secure.

Wherefore, the Plaintiff asks the Court to grant this motion with all respect.

THE Plaintiff
Bristout Bourguignon

## CERTIFICATION

I hereby certify that the following motion was mailed and sent on June 15, 2006 to: Attorney Robert Fiske III at 110 Sherman Street Hartford, CT 06106.

Bristout Bourguignon
BRISTOUT BOURGUIGNON