UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRISTOUT BOURGUIGNON | : | PRISONER |
| *Plaintiff* | : | CIVIL NO. 3:03CV232(RNC)(DFM) |
| | : | |
| v. | : | |
| | : | |
| JOHN J. ARMSTONG, ET AL | : | |
| *Defendants* | : | AUGUST 7, 2006 |

## DEFENDANT'S OPPOSTION TO PLAINTIFF'S MOTION TO COMPEL

The defendants oppose the plaintiff's Motion to Compel Discovery on the ground that it is moot. On June 15, 2006, the defendants provided the plaintiff with Defendant Southworth's responses to the plaintiff Request for Interrogatories and Admissions. The following week, on June 26, 2006, the Defendants provided the plaintiff with the responses to his Request for Production of Documents. Then on August 4, 2006, the Defendants provided the plaintiff with the Admission responses of Defendant Brito and the sworn affirmation of Defendant Southworth for his June 15, 2006 Interrogatory Responses. Finally, Defendant Brito's Responses to the Plaintiff's Request for Interrogatories were provided to the plaintiff the same day this opposition was sent to the Court.

Consequently, the defendants are now in compliance with the plaintiff's discovery demands and so his Motion to Compel is moot and should be denied.

DEFENDANTS
Armstrong, et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:   /s/
Robert B. Fiske, III
Assistant Attorney General
Federal Bar No. 17831
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Fax: (860) 808-5491

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this, the 8th day of August, 2006, first class postage prepaid to:

Mr. Bristout Bourguignon, #265860
Garner Correctional Institution
50 Nunnawauk Road
Newtwon, CT 06470

                                                                                      /s/
                                                                    Robert B. Fiske, III
                                                                    Assistant Attorney General