```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
```

BRISTOUT BOURGUIGNON,            :
    Plaintiff,                   :
    v.                           :     CASE NO. 3:03CVC232(RNC)
JOHN J. ARMSTRONG, et al.,       :
    Defendants.                  :

RULING ON PLAINTIFF'S MOTION FOR ORDER AND FOR ACTION

Pending before the court is the plaintiff's motion for order and action. (Doc. #55.) The plaintiff seeks a court order imposing sanctions on the defendants for their failure to provide responses to his discovery requests. The defendants represent to the court that they have provided the plaintiff with responses to his discovery request. See doc. #57. Accordingly, the plaintiff's motion is denied as moot.

SO ORDERED at Hartford, Connecticut this 23rd day of August, 2006.

                                              _____/s/_____
                                              Donna F. Martinez
                                              United States Magistrate Judge