UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRISTOUT BOURGUIGNON | : | No. 3:03CV232(DFM) |
| | : | |
| v. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL | : | |
| *Defendants* | : | NOVEMBER 8, 2006 |

**OPPOSTION TO PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL**

The defendants oppose the plaintiff's request for the appointment of counsel. The plaintiff is an active and knowledgeable *pro se* litigant[1] and is sufficiently experienced in the law to represent himself in the instant case, which consists of a single procedural due process claim against two defendants. Also, the appointment of counsel would be premature for at least two of his other federal cases, which are still in discovery or have a dispositive motion pending. He also has a state court case, CV06-5005090, but it too has a dispositive Motion to Strike pending.

Therefore, for the foregoing reasons, the plaintiff's Motion for Appointment of Counsel should be denied.

---

[1] A PACER search shows that since 2000, the plaintiff has filed ten civil rights actions in federal court and five civil actions in Connecticut state court. See Exhibit A.

                                        DEFENDANTS
                                        John Armstrong, Et Al

                                        RICHARD BLUMENTHAL
                                        ATTORNEY GENERAL


BY:    /s/_____
                   Robert B. Fiske, III
                   Assistant Attorney General
                   Federal Bar No. 17831
                   110 Sherman Street
                   Hartford, CT 06105
                   Tel: (860) 808-5450
                   Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing, was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this, the 8th day of November, 2006, first class postage prepaid to:

Mr. Bristout Bourguignon, #265860
Garner C.I.
50 Nunnawauk Road
P.O. Box 550
Newtown, CT 06470

                                          /s/_____
                                          Robert B. Fiske, III
                                          Assistant Attorney General