# U.S. Party/Case Index

## Civil Name Search Results

10 Total Party matches for selection BOURGUIGNON, BRISTOUT for ALL COURTS
Search Complete
Wed Nov 8 12:53:00 2006
Selections 1 through 10 (Page 1)

●Download (1 pages $ 0.00)

| | Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|---|
| 1 | BOURGUIGNON, BRISTOUT | ctdce | 3:2003cv00232 | 02/03/2003 | 550 | |
| 2 | BOURGUIGNON, BRISTOUT | ctdce | 3:2005cv00245 | 02/08/2005 | 550 | |
| 3 | BOURGUIGNON, BRISTOUT | ctdce | 3:2006cv00259 | 02/17/2006 | 550 | |
| 4 | BOURGUIGNON, BRISTOUT | ctdce | 3:2001cv01151 | 06/14/2001 | 550 | 02/28/2003 |
| 5 | BOURGUIGNON, BRISTOUT | ctdce | 3:2001cv01345 | 02/01/2005 | 550 | 01/25/2006 |
| 6 | BOURGUIGNON, BRISTOUT | ctdce | 3:2001cv01347 | 07/17/2001 | 550 | 09/30/2003 |
| 7 | BOURGUIGNON, BRISTOUT | ctdce | 3:2005cv01533 | 10/03/2005 | 550 | |
| 8 | BOURGUIGNON, BRISTOUT | ctdce | 3:2001cv01597 | 08/22/2001 | 550 | 10/19/2001 |
| 9 | BOURGUIGNON, BRISTOUT | ctdce | 3:2000cv02014 | 10/18/2000 | 550 | 12/18/2000 |
| 10 | BOURGUIGNON, BRISTOUT | ctdce | 3:2000cv02465 | 12/26/2000 | 550 | |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 11/08/2006 12:53:00 | | |
| PACER Login: | ag0031 | Client Code: |
| Description: | Civil srch pg 1 | Search Criteria: | BOURGUIGNON, BRISTOUT |
| Billable Pages: | 1 | Cost: | 0.08 |

### U.S. Party/Case Index - Home
Search: All Court Types | Appellate | Bankruptcy | Civil | Criminal
Reports: Court Code List | Date Range | Courts not on Index | Statistical Reports
User Options: Change Client Code | New Login | Billing History | PSC Home Page |
E-Mail PSC | Logout

 Help



Civil Inquiry Home   Prev Page   Site Help   Comments Page   Calendar Notices   Case Look-up

## Party Name search results as of 11/7/2006

| Party Name | Case Name | Docket No. | Court Location | Pty No. | Pltf/ Def | Pro Se |
|---|---|---|---|---|---|---|
| BOURGUIGNON BRISTOUT | BOURGUIGNON BRISTOUT V. PACTOR MITYSO | CV-03-0405533-S | Bridgeport | 01 | P | Y |
| BOURGUIGNON BRISTOUT | BOURGUIGNON BRISTOUT V. TRANCHANT THERESE | CV-03-0405776-S | Bridgeport | 01 | P | Y |
| BOURGUIGNON BRISTOUT | BOURGUIGNON,BRISTOUT V. WARDEN-CHESHIRE | CV-02-0469954-S | New Haven | 01 | P | |
| BOURGUIGNON #265860 BRISTOUT | BOURGUIGNON, #265860 V. WARDEN, STATE PRISON | CV-06-4000939-S | Somers | 01 | P | Y |
| BOURGUIGNON INMATE NO. 265860 BRISTOUT | BOURGUIGNON,BRISTOUT V. LANTZ, THERESA, C | CV-06-5005090-S | Hartford | 01 | P | Y |

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map

Copyright © 2006, State of Connecticut Judicial Branch