UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON
V.
ARMSTRONG et. al

NO. 3:03 CV 232 (DFM)

FILED

2006 NOV 17 P 4:11

DISTRICT COURT

NOVEMBER 14, 2006

OBJECTION TO THE DEFENDANTS OPPOSITION TO
PLAINTIFF'S MOTION FOR APPOINTMENT COUNSEL

The plaintiff request the court to disregard the defendants' opposition to plaintiff motion for appointment counsel based on the fact that the defendants failed to object in a timely manner. The plaintiff argued that his motion for appointment of counsel was filed with the court May 15, 2006, and gave the defendants a reasonable time to respond within 21 days. The plaintiff asks the court to sanction the defendants pursuant to F.R.C.P. Rule 11 (c)(1)(A).

Wherefore, the plaintiff asks the court to deny the defendants opposition to plaintiff Motion for appointment counsel for failure to respond on a timely manner.

THE Plaintiff

Bristout Bourguignon

CERTIFICATION

I hereby certify that the foregoing mailed was sent on November 14, 2006 to: Robert B. Fiske, III. at 110 Sherman Street, Hartford, CT. 06105

Bristout Bourguignon

BRISTOUT BOURGUIGNON

PRO SE