UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON

    v.                    CIVIL NO: 3:03CV232 (DFM)

JOHN J. ARMSTRONG, ET AL.

**RULING AND ORDER**

The plaintiff's Motion for Appointment of Counsel [**doc. # 56**] is **GRANTED**. Pursuant to Local Rule 83.10 and at the Court's request, Gregory M. McLaughlin, Esquire, of Wiggin & Dana, 400 Atlantic Street, 7th Floor, P.O. Box 110325, Stamford, CT 06911, Tel: (203) 363-7644 is appointed as *pro bono* counsel for the plaintiff, Bristout Bourguignon, in the above-captioned case.

SO ORDERED at Hartford, Connecticut this 2nd of February, 2007.

                              /s/

                              Donna F. Martinez
                              United States Magistrate Judge