# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Bristout Bourguignon

V

John J. Armstrong, et al.

### PRO BONO APPEARANCE

**CASE NUMBER:** 3:03cv232 (DFM)

To the Clerk of this court and all parties of record:

Enter my appearance as Pro Bono Counsel in this case for:   Plaintiff Bristout Bourguignon

| | |
|---|---|
| 02/08/2007 | _Signature_ |
| **Date** | |
| CT 26642 | Gregory M. McLaughlin |
| **Connecticut Federal Bar Number** | **Print or Type Name** |
| (203) 363-7644 | Wiggin and Dana LLP |
| **Telephone Number** | **Firm Name** |
| | 400 Atlantic Street  P.O. Box 110325 |
| | **Address** |
| | Stamford          CT        06911 |
| | **City**        **State**    **Zip Code** |

## CERTIFICATE OF SERVICE

This is to certify that copies of this appearance have been mailed/handed on this date to counsel of record as listed below:

Robert B. Fiske, Esq.
Attorney General's Office
Public Safety & Special Revenue
MacKenzie Hall, 110 Sherman Street
Hartford, CT  06105

_Signature_

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)