UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON
V.
UCONN HEALTH CENTER
CORRECTIONAL MANAGED UNIT

FILED
PRISONER
2007 MAR 23 P 4:50
NO: 3.03cv232 (RNC)
U.S. DISTRICT COURT

MARCH 21, 2007

MOTION TO COMPEL DISCOVERY

The plaintiff moves pursuant to Rule 33, 34 and 36, Fed.R.Civ.P., for an order compelling the defendants to produce for inspections and copying plaintiff's interrogatories and Request for production of documents dated November 26, 2006, and the Request for admissions Requested on January 29, 2007, And letter date 2-22-07.

THE PLAINTIFF
Bristout Bourguignon

CERTIFICATION

I hereby certify that the following motion was mailed to the following, this 21st day of March, 2007, Richard T. Bigar at 110 Sherman Street, Hartford, CT. 06105.

Bristout Bourguignon
BRISTOUT BOURGUIGNON

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON
V.
UCONN Health Center
Correctional managed unit

FILED
NO: 3:03 cv 232 (RNC)
2007 MAR 23 P 4:50
U.S. DISTRICT COURT

MARCH 21, 2007

AFFIDAVIT IN SUPPORT OF MOTION TO COMPEL

BRISTOUT bourguignon, being duly sworn, deposes and says:

1. I am the plaintiff in this case. I make this affidavit in support of my motion to compel discovery.

2. On November 26, 2006, I served on the defendants' counsel interrogatories and Request for production of document, which attached as exhibit 1.

3. On January 29, 2007, I served on the defendants' counsel a Request for admissions, which attached as exhibit 2.

4. On February 22, 2007, Plaintiff submitted a letter to the defendants counsel and tried to Resolve discovery dispute, which attached as exhibit 3 as Required by rule 26 (A) 1 (A)(B)(C)

5. On January 9, 2007, the defendants' Response to the plaintiff's interrogatories and Request for production, dated November 26, 2006, the defendants failed to Respond all 7 questions which attached as exhibit 4

6. On February 28, 2007, the defendants' counsel failed to respond to the plaintiff's Request for admissions by objection by stated that the Court's January 12, 2007 deadline for discovery had passed and are untimely, which attached as exhibit 5

7. Defendants' objections on the ground that the discovery sought is irrelevant, burdensome and privileged have no merit.

Wherefore, the plaintiff Request that the court grant this motion to compel.

Pursuant to 28 U.S.C. § 1746, the plaintiff declare under oath and under penalty of perjury that the foregoing is true and correct

The plaintiff
*[signature]*

Exhibit 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON
V.

UCONN HEALTH CENTER,
CORRECTIONAL MANAGED
UNIT, ET AL.

PRISONER
CIVIL NO. 3:05 cv 1535 (MRK)

November 25, 2006

PLAINTIFF'S INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rules 33 and 34, F.R.C.P., the plaintiff submits the following interrogatories and requests for documents to the defendants. You are directed to answer each of the interrogatories in writing under oath, and produce each of the requested documents for inspection and copying, within 30 days of service.

1. State the duties of defendants UConn Health Center, Correctional Managed Unit, Theresa Lantz, Dr. Sal Mendes, Edward A. Blanchette, Peter J. Deckers M.D. at Connecticut Department of Corrections. If those duties are set forth in any job description or other document, **produce the document.**

2. State the duties of defendants Edward A. Blanchette for administration at D.O.C, insofar as they pertain to providing medical care to prisoners. If those duties are set forth in any job description or other document, produce the document.

3. State the names, titles, and duties of all defendants that denied the plaintiff medical treatment D.O.C. If those duties are set forth in any job description or other document, produce the document.

4. A copy of the Plaintiff medical file, A, B, C, D files.

5. A copy of all grievances, Requests, policy directive or other document, produce the documents.

6. States the names, titles, and duties of all staff members at D.O.C. Medical department who have responsibility for responding to, investigating or deciding inmate grievances. If those duties are set forth in any job description, policy, directive, or other document, produce the documents.

7. State the procedure in effect during the dates 5-6-05, 9-14-05, 4-15-05 at McDougall C.I. for responding to, investigating, and deciding the Plaintiff grievances. If the procedure for handling grievances based on medical complaints is different from the procedure for handling other kinds of grievances, state both procedures. If those procedures are set forth in any directive, manual or other document, produce the document.

                              The Plaintiff
                              Bristout Bourguignon

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on November 26, 2006 to: Richard T. Biggar at 110 Sherman Street, Hartford, CT 06105

                              Bristout Bourguignon
                              Bristout Bourguignon

Exhibit 2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON                    PRISONER
V.                                      Civil No: 3:05 cv 1533 (MRK)(WIG)
UCONN HEALTH CENTER
CORRECTIONAL MANAGED UNIT               JANUARY 29, 2007

## REQUEST FOR ADMISSIONS

Pursuant to Rule 36, Fed. R. Civ. P. Plaintiff Request the defendants to make the following admissions within 30 days after the service of this service of this Request.

1. The plaintiff suffered lower back, Hamstring pain from an incident that occured at Corrigan on 12-15-02 where Correctional officers used unneccary excessive force against the plaintiff. Admit or deny.

2. On 6-12-03, the plaintiff Request a MRI L/S spine to be done because X-Rays can not detect the plaintiff nerve pain, chronic pain to his lower back, hamstrings, knees, shoulders, neck. Admit or deny.

3. On 7-7-03, the University of Connecticut health Center Correctional managed health care panel does not approve MRI to inmates.

4. On 9-19-05, the plaintiff wrote a Request to Richard Fury the medical director at medical Responded to his Request and denied the plaintiff Request for MRI L/S spine

can not grieve this matter at all. Admit or denied.

5. On 6-11-03, the plaintiff had a Routine exam done by Doctor J. Smith the optometry based on nerves problem, OD Corneal dated to 1998 incident in Norwalk where police officers in the Norwalk Police Dept. Assaulted him by punching him in his Right eye and causing him to have a Cornea scar OD Admit or deny.

6. On 6-23-2003, the plaintiff filed with the Court United States District Court in Bpt. a motion for Preliminary injunction to obtain medical care for medical Injuries he claims to have suffered as a Result of defendant spiel vogel's actions. Admit or deny.

7. On 3-29-04, the honorable Judge christopher F. Droney United States District Court Judge denied the plaintiff motion for Preliminary injunction Doc 64-1, 64-2)

8. The honorable Judge christopher F. Droney stated that the plaintiff no longer in the Custody of the Norwalk Police Dept. Now the Connecticut Department of Correction and Correctional officials are Responsible. See A.D. Directive 8.1(1)(4) Admit or Deny.

9. On 9-17-03, the plaintiff consulted with the optometry doctor J. Smith concerning about his vision. Admit or deny.

10. On 4-7-04, the plaintiff had another exam by the optometry doctor J. Smith Requesting to Restore his vision, plaintiff stated to the eyes doctor that he only sees shadows in his right eye. Admit or deny.

11. On 4-13-04, the plaintiff had an eyes exam done by the optometry doctor J. Smith which stated decreased vision OD. Therefore seemed to be strikly due to corneal involvement. Inmate requesting surgery to repair his eye scar that occured during an arrest in 98. Admit or deny.

12. On 4-27-04, the University of Connecticut health care panel concurs with Dr. Sara mendes clinical judgement recommending the plaintiff electively seek opinion for possible laser interventions from his community upon release from incarceration. Admit or deny.

13. On 5-8-03, The plaintiff filed an inmate grievance form A, level 1 asked the clinical director Edward A. Blanchette to Reverse the decision and have the plaintiff under go Uch ophthalmology consultation for corneal scarring OD. Admit or deny.

14. On 5-11-05, The medical grievance coordinator Pamela Responded to the plaintiff grievance Level 1 by stated that the U.R.C. decision for Corneal Scar Removal was denied by Doctor Blanchette Admit or deny.

15. On 9-12-05, the plaintiff appeal the level 1 decision to Level 2 grievance stated that the plaintiff was denied for Corneal Scar Removal on his Right eye and he need to know why he was denied medical treatment Admit or deny

16. On 9-19-05, the medical director at Medougall Richard Furry Responded to the plaintiff grievance Level 2, stated that the URC panel denied the plaintiff appeal and therefore he can not grieve it to a Level 3 see A.D 9.6 (17). Admit or deny.

17. Pursuant to 28 U.S.C. §1746, the defendant declare under Oath and under penalty of perjury that the fore going is true and correct.

The Plaintiff

Binitont Bonyongyon

CERTIFICATION

I hereby certify that a copy of the fore going was mailed to the following on this 29th day of January 2007: To Richard T. Biggar at 110 Sherman St. Hartford, CT. 06105

Binitont Bonyongyon

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

February 22, 2007

Dear Attorney Assistant General
Mr. Richard T. Biggar

This is a Respond to my interrogatories and Request for production, dated November 26, 2006, as you know that you did not fully Responded to any of my questions and production Requested and in my objection to your motion for extention of time. I simply stated to the court that I will first trying to Resolve discovery disputed with you and second, failure to comply I will definitely file a motion to compel with the court after. If? you are trying to avoid answering my Request for admissions dated January 29, 2007. You have 30 days to Respond pursuant to Rule 36, F.R.C.P.

The plaintiff
[signature]
#265860

CC: United States District
District of Connecticut
915 Lafayette Boulevard
Bpt, CT. 06604

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRISTOUT BOURGIUGNON | : | PRISONER<br>CIVIL NO. 3:05cv1533 (MRK)(WIG) |
| v. | : | |
| UCONN HEALTH CENTER, ET AL. | : | JANUARY 9, 2007 |

### THE DEFENDANTS' RESPONSE TO THE PLAINTIFF'S INTERROGATORIES AND REQUEST FOR PRODUCTION, DATED NOVEMBER 26, 2006

1. <u>See</u> the attached job descriptions for Commissioner Lantz; Dr. Edward Blanchette, DOC Clinical Director; Dr. Peter Deckers, Executive Vice President for Health Affairs; and Dr. Saramendes, Optometrist.

2. <u>See</u> response to number 1, above.

3. Objection. The defendants do not concede that any defendants denied Mr. Bourguignon any medical treatment. The titles and duties of all defendants are contained in the response to number 1, above.

4. Objection. The plaintiff's medical file is equally available to the plaintiff. He simply has to request to review his medical file and necessary copies can be purchased.

5. Objection. The plaintiff's fifth request for production is vague, overbroad, irrelevant and solely intended to harass the defendants.

6. Objection. The plaintiff's sixth request for production is vague, overbroad, irrelevant and designed only to harass the defendants. Notwithstanding that objection, the Department of Correction Administrative Directive concerning grievances, both administrative and medical, is attached.

7. <u>See</u> the defendants' response to number 6, above.

DEFENDANTS
UConn Health Center, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Richard T. Biggar
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct85003
E-Mail: richard.biggar@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 9th day of January 2007:

Bristout Bourguignon #265860
Garner Correctional Institution
P.O. Box 5500
Newtown, CT 06470

_____
Richard T. Biggar
Assistant Attorney General

2

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRISTOUT BOURGUIGNON | : | PRISONER<br>CIVIL NO. 3:05cv1533 (WIG) |
| v. | : | |
| UCONN HEALTH CENTER,<br>CMHC, ET AL. | :<br>: | FEBRUARY 28, 2007 |

## THE DEFENDANTS' OBJECTION TO THE PLAINTIFF'S REQUEST FOR ADMISSIONS, DATED JANUARY 29, 2007

The defendants object to all of the plaintiff's request for admissions, dated January 29, 2007. Those admissions were filed well after the Court's January 12, 2007 deadline for discovery had passed and are untimely.

DEFENDANTS
UConn Health Center, CMHC, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Richard T. Biggar
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05228
E-Mail: richard.biggar@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 28th day of February 2007:

Bristout Bourguignon #265860
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071

_____
Richard T. Biggar
Assistant Attorney General

2