UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| BRISTOUT BOURGUIGNON, | : | PRISONER<br>CIVIL NO. 3:03CV232(DFM) |
|  | : |  |
| v. | : |  |
|  | : |  |
| ARMSTRONG, ET AL | : | APRIL 26, 2007 |

## DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO WAIVE COURT COSTS IN HIS FORMA PAUPERIS IFP STATUS

By way of a motion dated April 17, 2007, the plaintiff, Brisout Bourguignon, moved this Court to waive the court costs in the plaintiff's forma pauperis status, claiming that he has no outside source of funds and only seven cents in his inmate account.

The defendants oppose the plaintiff's motion on the grounds that he is not without funds as he alleges in his motion and affidavit. While it may be true that as of the date of his motion he only had seven cents in his inmate account, the plaintiff failed to remind this Court, in either his motion or affidavit, that he recently settled this federal lawsuit for the sum of five hundred dollars. The settlement agreement for this case has been executed by the parties and check was sent to plaintiff's assigned counsel, Greg McLaughlin, yesterday. Therefore, he will be in receipt of five hundred dollars in a short period of time and will thereby be capable of paying the costs he now seeks by motion to be waived.

While the plaintiff may not wish to use any of the five hundred dollars paid to him for court costs, he is nevertheless responsible for it. Therefore, given that the plaintiff will be receiving five hundred dollars and will no longer be indigent, his motion to waive his court costs should be denied.

DEFENDANTS
Armstrong, et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: __/s/_____
Robert B. Fiske, III
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct17839
E-Mail:  robert.fiske@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591


## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this, the 26th day of April, 2006:

Mr. Bristout Bourguignon, #265860
Northern Correctional Institution
280 Bilton Road, POB 665
Somers, CT 06071


__/s/_____
Robert B. Fiske, III
Assistant Attorney General