UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON  ::  PRISONER
  VS                  ::  NO. 3:03cv232 (DFM)
ARMSTRONG, ET. AL     ::  MAY 23 2007

OBJECTION TO THE DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO WAIVE COURT COSTS IN HIS FORMA PAUPERIS IFP STATUS.

The Plaintiff respectfully objects to the defendant's opposition to plaintiff's motion to waive court costs in his Forma Pauperis IFP status based on the grounds that the plaintiff has 0 balance funds in his inmate account, nevertheless that the plaintiff has been in prison for seven years and have no place to stay and have no family in the state of Connecticut. Even though, the plaintiff had a little settlement agreement in case that had been executed but that doesn't mean that $500 hundred dollars settlement will cover food, medical, housing, dental and small amenities after the plaintiff release within 40 days in Connecticut state prison.

Wherefore, the plaintiff respectfully ask the court to deny the defendants' motion.

THE PLAINTIFF
Bristout Bourguignon

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this, the 21 day of May, 2007, to: Attorney Robert B. Fiske, III at 110 Sherman Street, Hartford, CT. 06105.

Bristout Bourguignon
BRISTOUT BOURGUIGNON